# Exhibit A



**CHANDRIKA VIRA**
DIRECTOR
(202) 772-8672
CVIRA@STERNEKESSLER.COM

February 22, 2023

**Advanced Regenerative Medicine LLC**
**d/b/a Juvawave**
301 Lamberton Dr.                                                                        *Via Email*
West Palm Beach, FL 33401                                          juvawave@gmail.com

**C/O Harvard Business Services, Inc.**
16192 Coastal Hwy
Lewes, DE 19958

       Re:      Infringement of BTL Industries, Inc.'s Intellectual Property

To Whom It May Concern:

      We write on behalf of BTL Industries, Inc. regarding your importation, use, sale, and offers for sale of electromagnetic body sculpting devices that may infringe BTL's patents and which are advertised using BTL's trademarks.

      It has come to BTL's attention that Juvawave is using, promoting, and selling electromagnetic body-sculpting devices.[1] These electromagnetic devices and your use and sale of these devices may infringe BTL's patents. For example, BTL is aware that these devices are advertised as using one or more applicators utilizing magnetic field generating coils to produce electromagnetic waves and radiofrequency heating to tone muscle and reduce subcutaneous fat. These devices employ a capacitor to provide energy to these magnetic field generating coils to produce time-varying magnetic waves. When these devices are activated, the devices create a magnetic flux density that causes muscle contractions in a patient's body. BTL owns a number of patents that claim these features. *See* https://www.btlnet.com/patents.

      Additionally, Juvawave is promoting its devices using the EMSCULPT, EMSHAPE, EMSMART, EMSLIM, EMSCULPT NEO, HIPEM, and HIFEM marks that are identical or confusingly similar to BTL's federally registered trademarks EM, EMSCULPT, and HIFEM. See attached trademark status reports for BTL's federally registered EM, EMSCULPT, and HIFEM trademarks. Examples of Juvawave's infringing devices and materials include:

---

[1] You advertise electromagnetic body-sculpting devices at least at https://juvawave.com/products/new-emsmart-ems-muscle-building-fat-reduction-machine-with-rf-and-body-composition-analyzer and https://juvawave.com/products/new-emshape-super-high-ems-electro-magnetic-muscle-building-and-fat-burning-machine.

**Juvawave**
February 22, 2023
Page 2



https://juvawave.com/products/new-emsmart-ems-muscle-building-fat-reduction-machine-with-rf-and-body-composition-analyzer



https://juvawave.com/products/new-emshape-super-high-ems-electro-magnetic-muscle-building-and-fat-burning-machine



https://juvawave.com/products/new-emsmart-ems-muscle-building-fat-reduction-machine-with-rf-and-body-composition-analyzer

**Juvawave**
February 22, 2023
Page 3



https://juvawave.com/products/new-emsmart-ems-muscle-building-fat-reduction-machine-with-rf-and-body-composition-analyzer



https://juvawave.com/products/new-emshape-super-high-ems-electro-magnetic-muscle-building-and-fat-burning-machine



https://www.instagram.com/p/CmNgJJOOGLf/

**Juvawave**
February 22, 2023
Page 4

Juvawave's use of BTL's EM, EMSCULPT, and HIFEM trademarks, and the confusingly similar EMSMART, EMSHAPE, and EMSLIM marks in connection with body-contouring devices is certain to create confusion in that consumers will believe that those devices are authorized by or associated with BTL. In addition, the EMSMART, EMSHAPE, and EMSLIM marks were clearly chosen to capitalize on the goodwill associated with BTL's famous EMSCULPT mark and BTL's trademark EM product family. Use of the EMSCULPT, EMSCULPT NEO, EMSMART, EMSHAPE, EMSLIM, HIPEM, and HIFEM marks constitutes willful trademark infringement, unfair competition, and false advertising under federal, state, and common law.

Furthermore, Juvawave is advertising these devices using BTL's clinical trial results. For example, Juvawave states that when using the EMSMART EMS device "[t]he end result is 30% subcutaneous fat reduction and 16% more muscle growth than any single machine can offer…." By using BTL's clinical trial results in conjunction with promoting its products under marks identical or substantially similar to those of BTL, Juvawave has intentionally sought to create confusion for consumers and is further evidence of Juvawave's willful trademark infringement, unfair competition, and false advertising under federal, state, and common law.

Juvawave has also made unauthorized use of BTL's copyrighted works as shown in the following images:



https://juvawave.com/products/new-emsmart-ems-muscle-building-fat-reduction-machine-with-rf-and-body-composition-analyzer

**Juvawave**
February 22, 2023
Page 5



https://www.instagram.com/reel/CiMAVIYgdki/?igshid=YmMyMTA2M2Y=

Finally, your devices are believed to further be in violation of applicable regulations that require devices intended for human use to be safe and effective, particularly if the devices have not been cleared by the U.S. Food and Drug Administration. BTL also notes that sale of a non-FDA-cleared medical device may give rise to unauthorized-use concerns on behalf of both the FDA and state regulatory agencies.

BTL has successfully enforced its patent and trademark rights. For example, BTL asserted its patents covering its EMSCULPT device in district court and at the International Trade Commission. *See BTL Industries, Inc. v. Allergan Ltd.*, No. 1:20-cv-01046 (D. Del. filed Aug. 5, 2020); *Certain Non-invasive Aesthetic Body Contouring Devices*, No. 337-TA-1219 (USITC filed Aug. 5, 2020). Additionally, BTL recently prevailed in an action against a Florida-based spa in the U.S. District Court for the Southern District of Florida based on the spa's unauthorized use of BTL's EMSCULPT mark. In addition to a permanent injunction against the defendant, the Court awarded BTL monetary damages in the amount of $175,000. *See BTL Industries, Inc. vs. Techno Esthetics Inc.*, No. 0:21-cv-61758-WPD (S.D. Fla.), D.I. 40.

Accordingly, BTL demands that Juvawave immediately comply with the following:

1. Cease and desist from importing, using, selling, and offering to sell the electromagnetic devices and provide your written assurances no later than one week

**Juvawave**
February 22, 2023
Page 6

from the date of this letter that you have ceased to import, sell, or offer to sell the electromagnetic devices;

2. Provide BTL with importation, distribution, and sale information regarding the electromagnetic devices, specifically, the name of the manufacturer(s), contact information, and the origin of the devices, and all records of importation, distribution, and sale of the Electromagnetic devices;

3. Provide BTL with all technical documentation related to the electromagnetic devices, including all manuals, photographs of the products, and materials submitted to the FDA;

4. Provide BTL with all infringing electromagnetic devices in your possession or certification of their destruction;

5. Provide BTL with all sales records relating to Juvawave's sales or offers for sale of the electromagnetic devices, including all quotes, invoices, payment records, and customer lists;

6. Cease and desist from any and all uses of the EMSCULPT, EMSCULPT NEO, EMSMART, EMSHAPE, EMSLIM, HIPEM, and HIFEM marks, and any other marks confusingly similar to BTL's marks, in connection with medical and/or aesthetic devices, or any related goods and services, including removing all social media posts that use these or other BTL marks in any way (including hashtags); and

7. Cease and desist from any and all uses of BTL's copyrighted works in all contexts, including on Juvawave's website, promotional materials, and social media pages.

8. Cease and desist from the sale of any body-contouring devices that Juvawave have falsely advertised using the EMSCULPT, EMSCULPT NEO, EMSMART, EMSHAPE, EMSLIM, HIPEM, and HIFEM marks or has promoted as substantially the same as or substantially similar to BTL's EMSCULPT, EMSCULPT NEO, or HIFEM devices.

Please comply with these demands, including providing the requested information regarding your devices. BTL hopes to resolve this matter amicably and without litigation. To that end, BTL expects a response by no later than one week from the date of this letter.

Sincerely,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

*Chandrika Vira*

Chandrika Vira

cc:     BTL Industries, Inc.

Exhibit B





**juvawave** • Follow
Original audio

**juvawave** 🔴🔴 Groundbreaking Roller Ball is the newest cutting-edge aesthetic technology for non invasive body contouring, lymphatic drainage and massage therapy.

How it works:

The inner ball roller machine is a non-invasive mechanical compression micro-vibration treatment. The principle is that the silicone ball rotates along the roller 360° to generate compression micro-vibration.

As the ball rotates and exerts pressure on the skin, it produces a "pulsation compression" effect, realizing

2 likes

FEBRUARY 2

Add a comment...                    Post

New Roller Ball Micro Vibration Cellulite Reduction and Body Contouring Machine with Infrared

www.juvawave.com

More posts from juvawave



Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Locations   Instagram Lite   Contact Uploading & Non-Users   Meta Verified

English   © 2023 Instagram from Meta











juvawave • Follow
Original audio

As the ball rotates and exerts pressure on the skin, it produces a "pulsation compression" effect, realizing continuous push pull kneading reciprocating motion, and the tissue will experience some pressure And lifting action, will not squeeze or damage the skin, the tissue is exerted pressure to stretch the cells to naturally and deeply stimulate cell activity, blood flow and oxygenation, fat deposits are pressurized and thus loosened to finally decompose, reducing cellulite and Removes cellulite. ➡️Find out all about this groundbreaking technology on our website www.juvawave.com #plasticsurgeon #plasticsurgery #integrativemedicine #functionalmedicine #juvawave

2 likes

FEBRUARY 2

Add a comment... Post

More posts from juvawave

https://proofpointisolation.com/browser?url=https%3A%2F%2Fwww.instagram.com%2F p%2FCoMAnlfgi1l%2F

https://www.instagram.com/p/CoMAnlfgi1l/

# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile

More



**juvawave** • Follow
Original audio

pressure to stretch the cells to naturally and deeply stimulate cell activity, blood flow and oxygenation. fat deposits are pressurized and thus loosened to finally decompose. reducing cellulite and Removes cellulite. Find out all about this groundbreaking technology on our website www.juvawave.com
#plasticsurgeon #plasticsurgery #integrativemedicine #functionalmedicine #juvawave #cellulite #cellulitetreatment #lipo #liposuction #lipomassage #cosmeticsurgery #dermatology #obgyn #spa #celluliteremoval #aesthetic #mret #massage #emsculpt

6w

2 likes
FEBRUARY 2

Add a comment...                    Post

### More posts from juvawave



Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Locations   Instagram Lite   Contact Uploading & Non-Users   Meta Verified

English ∨   © 2023 Instagram from Meta

Exhibit C



## Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile

More



juvawave • Follow
South Beach Miami Florida

juvawave 👏🔥 What is emslim no gym no workout muscle building for time pressed or lazy people? For home and office-Emslim is the first aesthetic device to build muscle and sculpt your body. Through high-intensity electromagnetic therapy, one can firm and tone their muscles. resulting in a sculpted look. The emslim procedure is currently FDA cleared to treat your abdomen, buttocks, arms, calves, and thighs. A great non-surgical alternative to the Brazilian butt lift.
🔵See complete description on our website www.juvawave.com #emsculpt #lazyworkout #gym #gainz #feelthburn #sixpack #sixpackabs #fatburn #workingout #fashion

2 likes

DECEMBER 15, 2022

Add a comment...                    Post

### More posts from juvawave



Meta  About  Blog  Jobs  Help  API  Privacy  Terms  Top Accounts  Locations  Instagram Lite  Contact Uploading & Non-Users  Meta Verified

English  © 2023 Instagram from Meta



https://proofpointisolation.com/browser?url=https%3A%2F%2Fwww.instagram.com%2Fp%2FCmNgJJOOGLf%2F March 22, 2023

Sterne Kessler Safe Browsing https://www.instagram.com/p/CmNgJJOOGLf/

Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile

juvawave • Follow
South Beach Miami Florida

and sculpt your body. Through high-intensity electromagnetic therapy, one can firm and tone their muscles, resulting in a sculpted look. The emslim procedure is currently FDA cleared to treat your abdomen, buttocks, arms, calves, and thighs. A great non-surgical alternative to the Brazilian butt lift.
➡See complete description on our website www.juvawave.com
#emsculpt #lazyworkout #gym #gainz #feeltheburn #sixpack #sixpackabs #fatburn #workingout #fashion #health #redlighttherapy #infraredsauna #medspa #bblsurgery #plasticsurgeon

13w

2 likes

DECEMBER 15, 2022

Add a comment... Post

More posts from juvawave

More

Meta About Blog Jobs Help API Privacy Terms Top Accounts Locations Instagram Lite Contact Uploading & Non-Users Meta Verified

English © 2023 Instagram from Meta







# Exhibit D

https://proofpointisolation.com/browser?url=https%3A%2F%2Fwww.instagram.com%2Fp%2FCjetJLAZueFk%2F     March 22, 2023

https://www.instagram.com/p/CjetJLAZueFk/



## Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile

 Profile

More



**EMSHAPE Muscle Building Butt Lifting Machine**

juvawave • Follow
New York, New York

juvawave 🟢 With a full 2600w of Power, the New UNATTENDED and Mobile Groundbreaking 3 Handle EMSHAPE Super High EMS Electro Magnetic Muscle Building and Fat Reduction Machine is the most powerful device available today to build muscle and sculpt your body.

Through super power EMS of 7 Tesla one can firm and tone their muscles and burn fat at the same time resulting in a desirable slim and sculpted look.

The EMSHAPE procedure is currently

4 likes
OCTOBER 3, 2022

Add a comment...    Post

More posts from juvawave











Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Locations   Instagram Lite   Contact Uploading & Non-Users   Meta Verified

English ∨    © 2023 Instagram from Meta









https://proofpointisolation.com/browser?url=https%3A%2F%2Fwww.instagram.com%2Fp%2FCjeULAZueFk%2F March 22, 2023

Sterne Kessler Safe Browsing https://www.instagram.com/p/CjeULAZueFk/

Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile

juvawave • Follow
New York, New York

one can firm and tone their muscles and burn fat at the same time resulting in a desirable slim and sculpted look.

The EMSHAPE procedure is currently FDA cleared to treat your abdomen, buttocks, arms, calves, thighs and is the only machine with a pelvic floor handle to strengthen the pelvic floor muscles!

A great non-surgical alternative to the Brazilian butt lift.

How Does Super High EMSHAPE work?

4 likes

OCTOBER 8, 2022

Add a comment... Post

More posts from **juvawave**

Meta About Blog Jobs Help API Privacy Terms Top Accounts Locations Instagram Lite Contact Uploading & Non-Users Meta Verified

English © 2023 Instagram from Meta

More

https://proofpointisolation.com/browser?url=https%3A%2F%2Fwww.instagram.com%2Fp%2FCjeUtLAZuefk%2F

Secure browsing: Safe browsing    https://www.instagram.com/p/CjeUtLAZuefk/





More posts from juvawave



Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Locations   Instagram Lite   Contact Uploading & Non-Users   Meta Verified

English ⌄      © 2023 Instagram from Meta



Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile
- More



**EMSHAPE Muscle Building Butt Lifting Ma...**

juvawave · Follow
New York, New York

Science behind the technology:
EMSHAPE uses a specific range of
frequencies that do not allow the
muscle to relax between successive
stimuli, forcing the muscle to remain
contractive for several seconds.

Muscle formation occurs when muscle
tissue is repeatedly exposed to these
high load conditions.

Studies have shown that abdominal
muscle thickness increases by an
average of 15-16% one to two months
after treatment with HI-EMT These
powerful induced muscle contractions

4 likes
OCTOBER 3, 2022

Add a comment...          Post

More posts from juvawave



Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Locations   Instagram Lite   Contact Uploading & Non-Users   Meta Verified

English   © 2023 Instagram from Meta

https://proofpointisolation.com/browserurl=https%3A%2F%2Fwww.instagram.com%2Fp%2FCjeUtAZueFk%2F          March 22, 2023





**EMSHAPE Muscle Building Butt Lifting Ma...**

juvawave • Follow
New York, New York

Studies have shown that abdominal muscle thickness increases by an average of 15-16% one to two months after treatment with HI-EMT These powerful induced muscle contractions not achievable through voluntary contractions. The muscle tissue is forced to adapt to such extreme condition. It responds with a deep remodeling of its inner structure that results in muscle building and sculpting your body." 💪 See real doctor and patient demonstrations on our website www.juvawave.com or click link in bio #ems #emsculptneo #drlaesthetics #aesthetics #medspa

4 likes
OCTOBER 3, 2022

Add a comment...                    Post

More posts from juvawave



Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Locations   Instagram Lite   Contact Uploading & Non-Users   Meta Verified

English   © 2023 Instagram from Meta



https://proofpointisolation.com/browser?url=https%3A%2F%2Fwww.instagram.com%2Fp%2FCjeULAZueFk%2F March 22, 2023

Sterne Kessler Safe Browsing https://www.instagram.com/p/CjeULAZueFk/

Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile

juvawave • Follow
New York, New York

doctor and patient demonstrations on our website www.juvawave.com or click link in bio #ems #emsculptneo #btlaesthetics #aesthetics #medspa #dayspa #dermatology #spa #butt #buttlift #bbl #bblsurgery #brazilianbutlift #buns #workingout #muscles #chiropractor #abs #absworkout #fitness #health #fat #fatburning

23w

nyojmih008 Wow dm @thegymvogue

23w Reply

4 likes

OCTOBER 8, 2022

Add a comment... Post

More posts from juvawave

Meta About Blog Jobs Help API Privacy Terms Top Accounts Locations Instagram Lite Contact Uploading & Non-Users Meta Verified

English © 2023 Instagram from Meta





https://proofpointisolation.com/browser?url=https%3A%2F%2Fwww.instagram.com%2Fp%2FCjeUI.A2ueFk%2F                                                                                       March 22, 2023

Serene Kessler Safe browsing        https://www.instagram.com/p/CjeUI.A2ueFk/





**juvawave** • Follow
New York, New York

doctor and patient demonstrations on
our website www.juvawave.com or
click link in bio #ems #emsculptneo
#btlaesthetics #aesthetics #medspa
#dayspa #dermatology #spa #butt
#buttlift #bbl #bblsurgery
#brazilianbuttlift #buns #workingout
#muscles #chiropractor #abs
#absworkout #fitness #health #fat
#fatburning

23w

nyojmih008 Wow dm
@thegymvogue

23w    Reply

4 likes
OCTOBER 3, 2022

Add a comment...                                    Post

More posts from **juvawave**





Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Locations   Instagram Lite   Contact Uploading & Non-Users   Meta Verified

English    © 2023 Instagram from Meta

Exhibit E



https://proofpointisolation.com/browser?url=https%3A%2F%2Fwww.instagram.com%2Fp%2FCiMAVlYgdis%2F

https://www.instagram.com/p/CiMAVlYgdis/

# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile

More



**juvawave** • Follow
Original audio

**juvawave** 🌞 EMSLIM is the latest Korean designed technology for non-invasive body slimming and sculpting that builds muscle and burns fat at the same time.

High intensity pulsed electromagnetic stimulation offers continuous muscle contraction without muscle relaxation, therefore allowing the muscle to work at its maximum capacity.

These extreme contraction conditions require the muscle to adapt and develop muscular mass over the treated area, while burning fat.

Clinical studies report an average fat reduction of 19% associated with an

2 likes
SEPTEMBER 8, 2022

Add a comment...   Post

More posts from juvawave



Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Locations   Instagram Lite   Contact Uploading & Non-Users   Meta Verified

English ⌄   © 2023 Instagram from Meta

https://proofpointisolation.com/browser?url=https%3A%2F%2Fwww.instagram.com%2Fp%2FCiiMAVhYgdio%2F

https://www.instagram.com/p/CiiMAVhYgdio/



# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile


More



**juvawave** • Follow
Original audio

Clinical studies report an average fat reduction of 19% associated with an increase in muscle mass of 16% during a treatment consisting of 4 to 6 sessions, spaced every 2 to 3 days.Treatments areas include abdomen, buttocks, arms and thighs.

Principle:

EMS Body Contouring High Intensity Pulsed Electromagnetic(HIPEM) technology for body slimming, firming and fat reduction.

EMS Body Contouring builds muscle and burns fat at the same time. Electromagnetic pulses induce supramaximal muscle contractions

2 likes

SEPTEMBER 5, 2022

Add a comment...                     Post

More posts from juvawave



Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Locations   Instagram Lite   Contact Uploading & Non-Users   Meta Verified

English   © 2023 Instagram from Meta



March 22, 2023

https://proofpointisolation.com/browser?url=https%3A%2F%2Fwww.instagram.com%2Fp%2FCiiMAVIfYgdlo%2F

https://www.instagram.com/p/CiiMAVIfYgdlo/

# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile

More



**juvawave** • Follow
Original audio

EMS Body Contouring builds muscle and burns fat at the same time. Electromagnetic pulses induce supramaximal muscle contractions which force muscle tissue to adapt, leading to an increase in muscle growth while burning fat though lipolysis.

Features and Benefits

Builds muscle, burn fat and lift your butt!

Suitable for everyone - No anaesthesia - No surgery-No downtime

A quick 30 minute walk in walk out procedure.

2 likes

SEPTEMBER 8, 2022

Add a comment...          Post

More posts from juvawave



Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Locations   Instagram Lite   Contact Uploading & Non-Users   Meta Verified

English    © 2023 Instagram from Meta















https://proofpointisolation.com/browser?url=https%3A%2F%2Fwww.instagram.com%2Fp%2FCiMAVlYgdki%2F March 22, 2023

Sterne Kessler Safe Browsing https://www.instagram.com/p/CiMAVlYgdki/

Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile
- More

juvawave • Follow
Original audio

A quick 30 minute walk in walk out procedure.

Only 4 sessions needed @ 2-3 days apart and feels like an intensive workout without going to the gym. Immediate results but gets better after two to four weeks

16% average increase in muscle mass 19% on average fat reduction.

➡️Get Pumped Without the Gym with New EMSLIM only at www.juvawave.com #emsculpt #emsculptneo #medspa #beverlyhills #celebritypersonaltrainer #tmz #extra #gym #weightlossjourney #weightlifting #muscle #bodybuilding

2 likes

SEPTEMBER 6, 2022

Add a comment... Post

More posts from juvawave

Meta About Blog Jobs Help API Privacy Terms Top Accounts Locations Instagram Lite Contact Uploading & Non-Users Meta Verified

English © 2023 Instagram from Meta

juvawave • Follow
Original audio

Immediate results but gets better after two to four weeks

16% average increase in muscle mass 19% on average fat reduction.

💪 Get Pumped Without the Gym with New EMSLIM only at www.juvawave.com #emsculpt #emsculptneo #medspa #beverlyhills #celebritypersonaltrainer #fmz #extra #gym #weightlossjourney #weightlifting #muscle #bodybuilding #ifbb #ufc #workingout #hardgainer #reps #barbell #fitness #fitnessmodel #callvibes #entrepreneur #motivation #getyourassoutside #move

2 likes
SEPTEMBER 9, 2022

Add a comment...                          Post

More posts from juvawave



Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Locations   Instagram Lite   Contact Uploading & Non-Users   Meta Verified

English ∨     © 2023 Instagram from Meta

Exhibit F

| | |
|---|---|
| **From:** | Juvawave Red Light Therapy <juvawave@gmail.com> |
| **Sent:** | Wednesday, February 22, 2023 1:49 PM |
| **To:** | Jeane-Yve Daniel |
| **Cc:** | Chandrika Vira; JC Rozendaal; Monica Riva Talley; Paige Cloud |
| **Subject:** | Re: Infringement of BTL Industries, Inc.'s Intellectual Property |

**EXTERNAL EMAIL:** Use caution before clicking links or attachments.

Go fuck yourself! You're infringing on my trademark Juvawave HIFEM EMS. BTL doesn't own the patent on electromagnetic science. God does. Send your cease and desist to HIM. You're just threatened because we're taking your business and will take a lot more now that we educated doctors and other businesses that they can get a better machine without paying exorbitant prices and being gauged by greedy corporate America allowing them to keep more of their money. I know how BTL operates by not carrying any debt by charging 800% mark up on technology that comes out of the the same factory's as ours. We're going to take more business from BTL than they can afford to lose since we have a purpose to help our clients by giving them affordable and value added services which frees up more capital so they buy more from us and refer their peers. We have a personal vendetta against corporations like yours who only care about profits. Now listen, you rich people, weep and wail because of the misery that is coming on you. Your wealth has rotted, and moths have eaten your clothes. Your gold and silver are corroded. Their corrosion will testify against you and eat your flesh like fire. You have hoarded wealth in the last days. Look! The wages you failed to pay the workers who mowed your fields are crying out against you. The cries of the harvesters have reached the ears of the Lord Almighty. You have lived on earth in luxury and self-indulgence. You have fattened yourselves in the day of slaughter. You have condemned and murdered the innocent one, who was not opposing you." (James 5:1-6)

On Wed, Feb 22, 2023 at 1:01 PM Jeane-Yve Daniel <JDaniel@sternekessler.com> wrote:

Good Afternoon,


Pleased find the attached correspondence on behalf of BTL Industries, Inc.


Best Regards,

Jeane-Yve



**Jeane-Yve Daniel**
Paralegal
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
1100 New York Avenue, NW, Washington, DC 20005

**Email:** jdaniel@sternekessler.com
**Direct:** 202.772.8642   **Main:** 202.371.2600

Notice: The information in this electronic transmission (including any attachments) may contain confidential or legally privileged information and is intended solely for the individual(s) or entity(ies) named above. If you are not an intended recipient or an authorized agent, you are hereby notified that reading, distributing, or otherwise disseminating or copying, or taking any action based on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please immediately notify the sender by return email and then destroy all copies of the transmission.

Exhibit G



**Fred Misurella <misurellaf@btlnet.com>**

---

## FW: 💪FLOOR MODEL :EMSCULPT/EMSLIM EMS Muscle Building Fat Reduction Machine!

---

**Daniel Savarino** <doctorsav@hotmail.com>                      Tue, Mar 14, 2023 at 7:04 PM
To: Fred Misurella <misurellaf@btlnet.com>

Hey Fred,

Saw you guys were stepping up your crackdown on this stuff and I just received this.

Dan

Sent from my T-Mobile 4G LTE Device


-------- Original message --------
From: James <jvaughn72@gmail.com>
Date: 3/14/23 6:56 PM (GMT-05:00)
To:
Subject: 💪FLOOR MODEL :EMSCULPT/EMSLIM EMS Muscle Building Fat Reduction Machine!

# If you want to add a lot of Cash Flow to your business this year and free up more of your time, you won't find a better opportunity than enhancing your services with Red Hot EMS Muscle Building and Fat Burning!

1



We have 1 brand new FDA Approved floor model 2 Handle EMSLIM Muscle Building Fat Reduction machines ready to ship for the unbeatable low price of $14,500! This is the upgraded version with 7 Tesla of EMS Strength and the new brushless quiet controlled air cooled motor.

# EMSLIM Muscle Building Fat Burning EMS HIIT Machine





For comparison The EMSCULPT brand machine is water cooled and costs $225,000.

Comes with 2 handles for all the popular areas like butt, abs, arms and thighs , a protective rolling case and a 1 year warranty.



**Six Pack Abs, Non Surgical Brazilian Butt Lift, Body Slimming after Baby and more can all be done with EMSLIM!!**



**EMSLIM is the latest Korean designed  technology for non-invasive body slimming and sculpting that builds muscle and burns fat at the same time.**

**High intensity pulsed electromagnetic stimulation offers continuous muscle contraction without muscle relaxation, therefore allowing the muscle to work at its maximum capacity.**

**These extreme contraction conditions require the muscle to adapt and develop muscular mass over the treated area, while burning fat.**

**Clinical studies report an average fat reduction of 19% associated with an increase in muscle mass of 16% during a treatment consisting of 4 to 6 sessions, spaced every 2 to 3 days.Treatments areas include abdomen, buttocks, arms and**

**thighs.**



**Principle:**

**EMS Body Contouring High Intensity Pulsed Electromagnetic(HIPEM) technology for body slimming, firming and fat reduction.**

**HIFEM Body Contouring builds muscle and burns fat at the same time. Electromagnetic pulses induce supramaximal muscle contractions which force muscle tissue to adapt, leading to an increase in muscle growth while burning fat though lipolysis.**

**Features and Benefits**

**Builds muscle, burn fat and lift your butt!**

## Suitable for everyone - No anaesthesia - No surgery-No downtime

### A quick 30 minute walk in walk out procedure.

f you've been thinking about offering a new and lucrative service in your business and making more cash fast you won't find a better deal than this!

For comparison the low powered EMSCULPT brand name EMS Machine costs $225,000 for a lower quality and efficacious product. EMSLIM also makes a great second machine for current EMSCULPT users.

 Current offices charge $3000 for  4-30 minute sessions.
With these numbers, 3 patients pay for the whole machine.

Protocol: 4X **30-minute treatments, scheduled 5-10 days apart.**

8



This machine is not on our website. You must contact me to place the order.

Act now. Won't last!

James Vaughn

Juvawave

www.juvawave.com

516-458-4263

Exhibit H

Delaware.gov

Governor | General Assembly | Courts | Elected Officials | State Agencies

---

Department of State: Division of Corporations

Allowable Characters

| HOME | |
|---|---|

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | 4831860 | Incorporation Date / Formation Date: | 1/22/2021 (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | ADVANCED REGENERATIVE MEDICINE USA LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| Name: | JAMES VAUGHN | | |
|---|---|---|---|
| Address: | 401 OGLETOWN RD. | | |
| City: | NEWARK | County: | New Castle |
| State: | DE | Postal Code: | 19711 |
| Phone: | | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

[ Submit ]

[ View Search Results ]    [ New Entity Search ]

---

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

# Exhibit I

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**TSDR API DATA:** The TSDR Application Programming Interface (API) has limited availability due to system upgrades. We anticipate full return to service for all API users by the end of the month. In the meantime, if you need to retrieve an office action, you can access it directly from the TSDR documents tab located below. We thank you for your patience while we make these improvements.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |
|---|---|---|---|---|---|

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2023-03-28 12:13:19 EDT |
| **Mark:** | J JUVAWAVE THE POWER OF LIGHT |



Juvawave
The Power of Light

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97247371 | **Application Filing Date:** | Jan. 31, 2022 |
| **US Registration Number:** | 6996075 | **Registration Date:** | Mar. 07, 2023 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** | | LIVE/REGISTRATION/Issued and Active | |
| | | The trademark application has been registered with the Office. | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Mar. 07, 2023 | | |
| **Publication Date:** | Dec. 20, 2022 | | |

**▼ Mark Information**    ▲ Collapse All

| | |
|---|---|
| **Mark Literal Elements:** | J JUVAWAVE THE POWER OF LIGHT |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| **Description of Mark:** | The mark consists of a circle with a stylized sun with multiple rays inside, a capital letter "J" appears in the center of the sun, the wording "JUVAWAVE" in capital letters appears centered below the design with the wording "THE POWER OF LIGHT" appearing under "JUVAWAVE". |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Design Search Code(s):** | 01.05.04 - Sun with rays but neither partially exposed nor with facial features |
| | 26.01.02 - Circles, plain single line; Plain single line circles |

**▼ Goods and Services**

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | Electronic aesthetic skin treatment devices using light emitting diodes, namely, infrared, red, orange, yellow, green, and blue wavelengths for generating light rays |
| **International Class(es):** | 010 - Primary Class | **U.S Class(es):** | 026, 039, 044 |

| | |
|---|---|
| Class Status: | ACTIVE |
| Basis: | 1(a) |
| First Use: | Jun. 21, 2021 |

| | |
|---|---|
| Use in Commerce: | Jun. 21, 2021 |

## ▼ Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

## ▼ Current Owner(s) Information

| | |
|---|---|
| Owner Name: | Advanced Regenerative Medicine |
| Owner Address: | 301 Lamberton Dr<br>West Palm Beach, FLORIDA UNITED STATES 33401 |
| Legal Entity Type: | LIMITED LIABILITY COMPANY |
| State or Country Where Organized: | DELAWARE |

## ▼ Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

| | |
|---|---|
| Correspondent Name/Address: | ADVANCED REGENERATIVE MEDICINE<br>301 LAMBERTON DR<br>WEST PALM BEACH, FLORIDA UNITED STATES 33401 |
| Correspondent e-mail: | jvaughn72@gmail.com TMApp@legalzoom.com |
| Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

## ▼ Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 07, 2023 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Mar. 07, 2023 | REGISTERED-PRINCIPAL REGISTER | |
| Dec. 20, 2022 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Dec. 20, 2022 | PUBLISHED FOR OPPOSITION | |
| Nov. 30, 2022 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Nov. 16, 2022 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 16, 2022 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Nov. 16, 2022 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Nov. 16, 2022 | EXAMINERS AMENDMENT E-MAILED | |
| Nov. 16, 2022 | EXAMINERS AMENDMENT -WRITTEN | 75516 |
| Nov. 10, 2022 | ASSIGNED TO EXAMINER | 75516 |
| Feb. 09, 2022 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |

| Feb. 08, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Feb. 03, 2022 | NEW APPLICATION ENTERED |

### ▼ TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| Current Location: | PUBLICATION AND ISSUE SECTION | | Date in Location: | Mar. 07, 2023 |

### ▼ Assignment Abstract Of Title Information - Click to Load

### ▼ Proceedings - Click to Load

Exhibit J



Home        Products        What is Red Light Therapy?
Information ⌄        Blog ⌄        Contact

# Privacy policy

This Privacy Policy describes how juvawave.com (the "Site" or "we") collects, uses, and discloses your Personal Information when you visit or make a purchase from the Site.

## Collecting Personal Information

When you visit the Site, we collect certain information about your device, your interaction with the Site, and information necessary to process your purchases. We may also collect additional information if you contact us for customer support. In this Privacy Policy, we refer to any information that can uniquely identify an individual (including the information below) as "Personal Information". See the list below for more information about what Personal Information we collect and why.

Device information

- **Examples of Personal Information collected:** version of web browser, IP address, time zone, cookie information, what sites or products you view, search terms, and how you interact with the Site.
- **Purpose of collection:** to load the Site accurately for you, and to perform analytics on Site usage to optimize our Site.
- **Source of collection:** Collected automatically when you access our Site using cookies, log files, web beacons, tags, or pixels *[ADD OR SUBTRACT ANY OTHER TRACKING TECHNOLOGIES USED]*.
- **Disclosure for a business purpose:** shared with our processor Shopify *[ADD ANY OTHER VENDORS WITH WHOM YOU SHARE THIS INFORMATION]*.

Order information

- **Examples of Personal Information collected:** name, billing address, shipping address, payment information (including credit card numbers *[INSERT ANY OTHER PAYMENT TYPES ACCEPTED]*), email address, and phone number.
- **Purpose of collection:** to provide products or services to you to fulfill our contract, to process your payment information, arrange for shipping, and provide you with invoices and/or order confirmations, communicate with you, screen our orders for potential risk or fraud, and when in line with the preferences you have shared with us, provide you with information or advertising relating to our products or services.
- **Source of collection:** collected from you.
- **Disclosure for a business purpose:** shared with our processor Shopify *[ADD ANY OTHER VENDORS WITH WHOM YOU SHARE THIS INFORMATION. FOR EXAMPLE, SALES CHANNELS, PAYMENT GATEWAYS, SHIPPING AND FULFILLMENT APPS]*.

Customer support information

- **Examples of Personal Information collected:** *[MODIFICATIONS TO THE INFORMATION LISTED ABOVE OR ADDITIONAL INFORMATION AS NEEDED]*
- **Purpose of collection:** to provide customer support.



Chat with us

- **Source of collection:** collected from you.
- **Disclosure for a business purpose:** *[ADD ANY VENDORS USED TO PROVIDE CUSTOMER SUPPORT]*

*[INSERT ANY OTHER INFORMATION YOU COLLECT: OFFLINE DATA, PURCHASED MARKETING DATA/LISTS]*

*[INSERT FOLLOWING SECTION IF AGE RESTRICTION IS REQUIRED]*

## MINORS

The Site is not intended for individuals under the age of *[INSERT AGE]*. We do not intentionally collect Personal Information from children. If you are the parent or guardian and believe your child has provided us with Personal Information, please contact us at the address below to request deletion.

# Sharing Personal Information

We share your Personal Information with service providers to help us provide our services and fulfill our contracts with you, as described above. For example:

- We use Shopify to power our online store. You can read more about how Shopify uses your Personal Information here: https://www.shopify.com/legal/privacy.
- We may share your Personal Information to comply with applicable laws and regulations, to respond to a subpoena, search warrant or other lawful request for information we receive, or to otherwise protect our rights.
- *[INSERT INFORMATION ABOUT OTHER SERVICE PROVIDERS]*

*[INCLUDE FOLLOWING SECTION IF USING REMARKETING OR TARGETED ADVERTISING]*

## BEHAVIOURAL ADVERTISING

As described above, we use your Personal Information to provide you with targeted advertisements or marketing communications we believe may be of interest to you. For example:

- *[INSERT IF APPLICABLE]* We use Google Analytics to help us understand how our customers use the Site. You can read more about how Google uses your Personal Information here: https://policies.google.com/privacy?hl=en.You can also opt-out of Google Analytics here: https://tools.google.com/dlpage/gaoptout.
- *[INSERT IF YOU USE A THIRD PARTY MARKETING APP THAT COLLECTS INFORMATION ABOUT BUYER ACTIVITY ON YOUR SITE]* We share information about your use of the Site, your purchases, and your interaction with our ads on other websites with our advertising partners. We collect and share some of this information directly with our advertising partners, and in some cases through the use of cookies or other similar technologies (which you may consent to, depending on your location).
- *[INSERT OTHER ADVERTISING SERVICES USED]*

For more information about how targeted advertising works, you can visit the Network Advertising Initiative's ("NAI") educational page at

http://www.networkadvertising.org/understanding-online-advertising/how-does-it-work.

You can opt out of targeted advertising by:

*[INCLUDE OPT-OUT LINKS FROM WHICHEVER SERVICES BEING USED. COMMON LINKS INCLUDE:*

- *FACEBOOK* - https://www.facebook.com/settings/?tab=ads
- *GOOGLE* - https://www.google.com/settings/ads/anonymous
- *BING* - https://advertise.bingads.microsoft.com/en-us/resources/policies/personalized-ads]*

Additionally, you can opt out of some of these services by visiting the Digital Advertising Alliance's opt-out portal at: http://optout.aboutads.info/.

# Using Personal Information

We use your personal Information to provide our services to you, which includes: offering products for sale, processing payments, shipping and fulfillment of your order, and keeping you up to date on new products, services, and offers.

*[INCLUDE THE FOLLOWING SECTION IF YOUR STORE IS LOCATED IN OR IF YOU HAVE CUSTOMERS IN EUROPE]*

### LAWFUL BASIS

Pursuant to the General Data Protection Regulation ("GDPR"), if you are a resident of the European Economic Area ("EEA"), we process your personal information under the following lawful bases:

*[INCLUDE ALL THAT APPLY TO YOUR BUSINESS]*

- Your consent;
- The performance of the contract between you and the Site;
- Compliance with our legal obligations;
- To protect your vital interests;
- To perform a task carried out in the public interest;
- For our legitimate interests, which do not override your fundamental rights and freedoms.

### RETENTION

When you place an order through the Site, we will retain your Personal Information for our records unless and until you ask us to erase this information. For more information on your right of erasure, please see the 'Your rights' section below.

### AUTOMATIC DECISION-MAKING

If you are a resident of the EEA, you have the right to object to processing based solely on automated decision-making (which includes profiling), when that decision-making has a legal effect on you or otherwise significantly affects you.

We *[DO/DO NOT]* engage in fully automated decision-making that has a legal or otherwise significant effect using customer data.

Our processor Shopify uses limited automated decision-making to prevent fraud that does not have a legal or otherwise significant effect on you.

Services that include elements of automated decision-making include:

- Temporary denylist of IP addresses associated with repeated failed transactions. This denylist persists for a small number of hours.
- Temporary denylist of credit cards associated with denylisted IP addresses. This denylist persists for a small number of days.

*[INCLUDE THE FOLLOWING SECTION ONLY IF YOU SELL PERSONAL INFORMATION, AS DEFINED BY THE CALIFORNIA CONSUMER PRIVACY ACT]*

# Selling Personal Information

Our Site sells Personal Information, as defined by the California Consumer Privacy Act of 2018 ("CCPA").

*[INSERT:*

- *CATEGORIES OF INFORMATION SOLD;*
- *INSTRUCTIONS ON HOW TO OPT-OUT OF SALE;*
- *WHETHER YOUR BUSINESS SELLS INFORMATION OF MINORS (UNDER 16) AND WHETHER YOU OBTAIN AFFIRMATIVE AUTHORIZATION;*
- *IF YOU PROVIDE A FINANCIAL INCENTIVE TO NOT SELL INFORMATION, PROVIDE INFORMATION ABOUT WHAT THAT INCENTIVE IS.]*

# Your rights

*[INCLUDE FOLLOWING SECTION IF YOUR STORE IS LOCATED IN OR IF YOU HAVE CUSTOMERS IN EUROPE]*

### GDPR

If you are a resident of the EEA, you have the right to access the Personal Information we hold about you, to port it to a new service, and to ask that your Personal Information be corrected, updated, or erased. If you would like to exercise these rights, please contact us through the contact information below *[OR INSERT ALTERNATIVE INSTRUCTIONS FOR SENDING ACCESS, ERASURE, CORRECTION, AND PORTABILITY REQUESTS]*.

Your Personal Information will be initially processed in Ireland and then will be transferred outside of Europe for storage and further processing, including to Canada and the United States. For more information on how data transfers comply with the GDPR, see Shopify's GDPR Whitepaper: https://help.shopify.com/en/manual/your-account/privacy/GDPR.

*[INCLUDE FOLLOWING SECTION IF YOUR BUSINESS IS SUBJECT TO THE CALIFORNIA CONSUMER PRIVACY ACT]*

CCPA

If you are a resident of California, you have the right to access the Personal Information we hold about you (also known as the 'Right to Know'), to port it to a new service, and to ask that your Personal Information be corrected, updated, or erased. If you would like to exercise these rights, please contact us through the contact information below *[OR INSERT ALTERNATIVE INSTRUCTIONS FOR SENDING ACCESS, ERASURE, CORRECTION, AND PORTABILITY REQUESTS].*

If you would like to designate an authorized agent to submit these requests on your behalf, please contact us at the address below.

# Cookies

A cookie is a small amount of information that's downloaded to your computer or device when you visit our Site. We use a number of different cookies, including functional, performance, advertising, and social media or content cookies. Cookies make your browsing experience better by allowing the website to remember your actions and preferences (such as login and region selection). This means you don't have to re-enter this information each time you return to the site or browse from one page to another. Cookies also provide information on how people use the website, for instance whether it's their first time visiting or if they are a frequent visitor.

We use the following cookies to optimize your experience on our Site and to provide our services.

## COOKIES NECESSARY FOR THE FUNCTIONING OF THE STORE

| Name | Function |
| --- | --- |
| _ab | Used in connection with access to admin. |
| _secure_session_id | Used in connection with navigation through a storefront. |
| cart | Used in connection with shopping cart. |
| cart_sig | Used in connection with checkout. |
| cart_ts | Used in connection with checkout. |
| checkout_token | Used in connection with checkout. |
| secret | Used in connection with checkout. |
| secure_customer_sig | Used in connection with customer login. |
| storefront_digest | Used in connection with customer login. |

| Name | Function |
|---|---|
| _shopify_u | Used to facilitate updating customer account information. |

## REPORTING AND ANALYTICS

| Name | Function |
|---|---|
| _tracking_consent | Tracking preferences. |
| _landing_page | Track landing pages |
| _orig_referrer | Track landing pages |
| _s | Shopify analytics. |
| _shopify_s | Shopify analytics. |
| _shopify_sa_p | Shopify analytics relating to marketing & referrals. |
| _shopify_sa_t | Shopify analytics relating to marketing & referrals. |
| _shopify_y | Shopify analytics. |
| _y | Shopify analytics. |

*[INSERT OTHER COOKIES OR TRACKING TECHNOLOGIES THAT YOU USE]*

The length of time that a cookie remains on your computer or mobile device depends on whether it is a "persistent" or "session" cookie. Session cookies last until you stop browsing and persistent cookies last until they expire or are deleted. Most of the cookies we use are persistent and will expire between 30 minutes and two years from the date they are downloaded to your device.

You can control and manage cookies in various ways. Please keep in mind that removing or blocking cookies can negatively impact your user experience and parts of our website may no longer be fully accessible.

Most browsers automatically accept cookies, but you can choose whether or not to accept cookies through your browser controls, often found in your browser's "Tools" or "Preferences" menu. For more information on how to modify your browser settings or how to block, manage or filter cookies can be found in your browser's help file or through such sites as www.allaboutcookies.org.

Additionally, please note that blocking cookies may not completely prevent how we share information with third parties such as our advertising partners. To exercise your rights or opt-out of certain uses of your information by these parties, please follow the instructions in the "Behavioural Advertising" section above.

## DO NOT TRACK

Please note that because there is no consistent industry understanding of how to
respond to "Do Not Track" signals, we do not alter our data collection and usage
practices when we detect such a signal from your browser.

## Changes

We may update this Privacy Policy from time to time in order to reflect, for example,
changes to our practices or for other operational, legal, or regulatory reasons.

## Contact

For more information about our privacy practices, if you have questions, or if you would
like to make a complaint, please contact us by e-mail at [email address] or by mail using
the details provided below:

301 Lamberton Drive, West Palm Beach FL 33401, United States

Last updated: *[DATE]*
If you are not satisfied with our response to your complaint, you have the right to lodge
your complaint with the relevant data protection authority. You can contact your local
data protection authority, or our supervisory authority here: *[ADD CONTACT
INFORMATION OR WEBSITE FOR THE DATA PROTECTION AUTHORITY IN YOUR
JURISDICTION. FOR EXAMPLE:* https://ico.org.uk/make-a-complaint/*]*

Search   Privacy Policy   Terms of Service   Refund Policy

Sign up for the latest sales, promotions and product releases

Email address                                                                    SUBSCRIBE



United States (USD $)  ⌄

© 2023, Juvawave Powered by Shopify

© 2023, Juvawave Powered by Shopify

# Exhibit K
# [Reserved]

Exhibit L

# BTL Continues To Make Waves With Its Revolutionary HIFEM® Technology

Industry innovators receive new accolades for game changing treatments



NEWS PROVIDED BY
**BTL Aesthetics →**
Mar 11, 2019, 12:58 ET

---

MARLBOROUGH, Mass., March 11, 2019 /PRNewswire/ -- BTL, leader in non-invasive aesthetics, continues to take the aesthetics industry by storm. As the first to apply HIFEM® technology to aesthetics and women's health categories with the launch of EMSCULPT and BTL EMSELLA last year, the brand transformed treatment protocols within both categories. The industry buzz shows no signs of slowing down. The brand today announced two new accolades from *NewBeauty* and *Harper's Bazaar* magazines.

Both EMSCULPT and BTL EMSELLA received a *NewBeauty* Innovation Award, as featured in the Spring issue, on-stands today. The publication's "Innovation Award" is reserved only for the best-of-the-best products and technologies, deemed truly innovative by industry professionals and the editorial staff. Only eleven "Innovation" honors were awarded this year, with BTL earning two of the coveted spots on the list. Hailed as a treatment that captured the attention of both beauty enthusiasts and aesthetic professionals alike, EMSCULPT is touted for its impressive, dual results in clinical studies—having built muscle mass by 16% and decreased fat by 19% over the course of four sessions. BTL EMSELLA was recognized as the "kegel throne" and praised for its cutting-edge, completely non-invasive technology that promotes bladder control to help reduce, and even stop, urinary incontinence.

https://www.prnewswire.com/news-releases/btl-continues-to-make-waves-with-its-revolutionary-hifem-technology-300810063.html

EMSCULPT was also named a 2019 *Harper's Bazaar* Anti-Aging Award Winner. The treatment earned the distinction of "Best Body Firming Treatment" within the "Best Pro Treatment" category as voted by the *Harper's Bazaar* editorial team, top dermatologists and influencers. EMSCULPT was showcased for its groundbreaking approach to body shaping—simultaneously addressing muscle and fat—to achieve more defined abdominals and lifted buttocks.

"We're thrilled to receive these awards from such highly regarded publications. These outlets are always on the pulse of the latest technologies and responsible for shaping aesthetic trends so it's an honor for our innovation to be recognized by their editorial teams. This recognition further validates our authority within the space and impact our patented HIFEM technology has made," shared John Ferris, VP of Marketing at BTL.

Utilizing proprietary HIFEM® technology, protected by numerous US and foreign patents with more pending, EMSCULPT and BTL EMSELLA introduced an entirely new technology to non-invasive treatments.  Both treatments target muscles to stimulate supramaximal muscle contractions, a contraction that cannot be achieved voluntarily, within the area of treatments. EMSCULPT, which strengthens and defines abdominal muscles and lifts the buttocks, is the first and only non-invasive treatment to go beyond elimination of fat cells. The treatment induces approximately 20,000 supramaximal muscle contractions per 30 minute session. While BTL EMSELLA—a completely non-invasive solution for the treatment of all three forms of urinary incontinence with no downtime—treats the entire pelvic floor region at once to induce the equivalent of 11,000 kegels per session, all while the patient simply sits in a chair like device.

## About EMSCULPT

Utilizing HIFEM technology, EMSCULPT introduced an entirely new technology to aesthetics that goes beyond waist line reduction and elimination of fat cells to strengthen muscles as well. The unique technology induces approximately 20,000 supramaximal muscle contractions per 30 minute session and is the **ONLY** technology that strengthens and defines hard to target areas including the abdominals and buttocks.

## About BTL EMSELLA

BTL EMSELLA—the only treatment available to target a woman's entire pelvic floor region for the treatment of incontinence—is FDA cleared to treat all three types of urinary incontinence (stress, urge and mixed) in postpartum and postmenopausal women. Completely non-invasive, this unique

https://www.prnewswire.com/news-releases/btl-continues-to-make-waves-with-its-revolutionary-hifem-technology-300810063.html

technology is an innovation within the women's intimate health and wellness category. Harnessing the power of HIFEM technology it treats pelvic floor muscles at once via deep pelvic floor muscle stimulation to restore neuromuscular control—a single session provides 11,000 supramaximal pelvic floor muscle contractions, comparable to 11,000 Kegels.

## About BTL

Founded in 1993, BTL has grown to become one of the world's major manufacturers of medical and aesthetic equipment. With over 1,500 employees located in more than 53 countries, BTL has revolutionized the way to offer the most advanced non-invasive solutions for body shaping, skin tightening & other medical aesthetic treatments, including women's intimate health and wellness. BTL's brands include EMSCULPT, BTL EMSELLA, BTL Vanquish ME, BTL Exilis ULTRA, and BTL Cellutone. Additional information can be found at www.bodybybtl.com

SOURCE BTL Aesthetics