Exhibit U



For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**TSDR API DATA:** The TSDR Application Programming Interface (API) has limited availability due to system upgrades. We anticipate full return to service for all API users by the end of the month. In the meantime, if you need to retrieve an office action, you can access it directly from the TSDR documents tab located below. We thank you for your patience while we make these improvements.

| SEARCH | MULTI-SEARCH | ❓ |

US Serial, Registration, or Reference No. ⌄    5572801   | Status | Documents |

---

| STATUS | DOCUMENTS | MAINTENANCE |     Back to Search   🖶 Print |

**Generated on:** This page was generated by TSDR on 2023-03-28 11:47:52 EDT

**Mark:** EMSCULPT



**EMSCULPT**

| | |
|---|---|
| **US Serial Number:** 79231287 | **Application Filing Date:** Feb. 22, 2018 |
| **US Registration Number:** 5572801 | **Registration Date:** Oct. 02, 2018 |
| **Register:** Principal | |
| **Mark Type:** Trademark | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Oct. 02, 2018

**Publication Date:** Jul. 17, 2018

### ▾ Mark Information      ▲ Collapse All

**Mark Literal Elements:** EMSCULPT

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

### ▾ Related Properties Information

**International Registration Number:** 1399976

**International Registration Date:** Feb. 22, 2018

### ▾ Goods and Services

Note:

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Medical apparatus and instruments for the treatment of cellulite; medical apparatus and instruments for body toning and body shaping; medical apparatus and instruments for the removal of fat, circumference reduction, tightening of skin, reduction of wrinkles, reduction of scars, reduction of stretch marks, rejuvenation of skin, and treatment of pigmentation spots; above medical apparatuses with exception for the treatment of the nasopharynxs including inhalers and nasal irrigators; massage apparatus; medical apparatus and instruments for aesthetic skin treatment procedures; medical apparatus generating

electromagnetic, magnetic, electrical, mechanical or thermal energy for use in skin treatment procedures; medical apparatus particularly apparatus for pain management, elimination of muscle spasms; gynaecological and urological apparatus and instruments, namely, for genital rejuvenation, treatment sexual dysfunction, gynecological treatment and pelvic floor treatment

| | | | |
|---|---|---|---|
| International Class(es): | 010 - Primary Class | U.S Class(es): | 026, 039, 044 |
| Class Status: | ACTIVE | | |
| Basis: | 66(a) | | |

## ▾ Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | No |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | Yes |
| Filed 66A: | Yes | Currently No Basis: | No |
| Filed No Basis: | No | | |

## ▾ Current Owner(s) Information

| | |
|---|---|
| Owner Name: | BTL Industries |
| Owner Address: | 8 Tzar Kaloyan str<br>BG-1000 Sofia<br>BULGARIA |
| Legal Entity Type: | JSC |
| State or Country Where Organized: | BULGARIA |

## ▾ Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| Attorney Name: | Monica Riva Talley | Docket Number: | 5387.0090000 |
| Attorney Primary Email Address: | tm@sternekessler.com | Attorney Email Authorized: | Yes |

**Correspondent**

| | |
|---|---|
| Correspondent Name/Address: | Monica Riva Talley<br>Sterne, Kessler, Goldstein & Fox P.L.L.C.<br>1100 New York Avenue, NW<br>Washington, DISTRICT OF COLUMBIA UNITED STATES 20005 |

| | | | |
|---|---|---|---|
| Phone: | 2023712600 | Fax: | 202-371-2540 |
| Correspondent e-mail: | tm@sternekessler.com mtalley@sternekessler.com<br>djustus@sternekessler.com alazea@sternekessler.com | Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

## ▾ Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 16, 2022 | NOTICE OF SUIT | |
| Dec. 22, 2021 | NOTICE OF SUIT | |
| Sep. 10, 2021 | NOTICE OF SUIT | |
| Sep. 25, 2020 | CHANGE OF NAME/ADDRESS REC'D FROM IB | |
| Jan. 09, 2020 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |

| | | |
|---|---|---|
| Jan. 09, 2020 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 14, 2019 | CHANGE OF OWNER RECEIVED FROM IB | |
| Dec. 07, 2018 | NOTIFICATION PROCESSED BY IB | |
| Nov. 17, 2018 | FINAL DISPOSITION NOTICE SENT TO IB | |
| Nov. 17, 2018 | FINAL DISPOSITION PROCESSED | 68359 |
| Nov. 01, 2018 | GRANT OF PROTECTION CREATED, TO BE SENT TO IB | |
| Oct. 02, 2018 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 17, 2018 | PUBLISHED FOR OPPOSITION | |
| Jun. 27, 2018 | NOTICE OF PUBLICATION | |
| Jun. 09, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 06, 2018 | ASSIGNED TO EXAMINER | 92569 |
| May 12, 2018 | APPLICATION FILING RECEIPT MAILED | |
| May 08, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| May 07, 2018 | LIMITATION FROM ORIGINAL APPLICATION ENTERED | 68359 |
| May 03, 2018 | SN ASSIGNED FOR SECT 66A APPL FROM IB | |

## ▾ International Registration Information (Section 66a)

| | |
|---|---|
| International Registration Number: 1399976 | International Registration Date: Feb. 22, 2018 |
| Priority Claimed Flag: Yes | Date of Section 67 Priority Claim: Sep. 29, 2017 |
| Intl. Registration Status: REQUEST FOR EXTENSION OF PROTECTION PROCESSED | Date of International Registration Status: May 03, 2018 |
| Notification of Designation Date: May 03, 2018 | Date of Automatic Protection: Nov. 03, 2019 |
| International Registration Renewal Date: Feb. 22, 2028 | |
| First Refusal Flag: No | |

## ▾ TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | |
|---|---|
| Current Location: PUBLICATION AND ISSUE SECTION | Date in Location: Oct. 02, 2018 |

## ▾ Assignment Abstract Of Title Information - Click to Load

## ▾ Proceedings - Click to Load



For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**TSDR API DATA:** The TSDR Application Programming Interface (API) has limited availability due to system upgrades. We anticipate full return to service for all API users by the end of the month. In the meantime, if you need to retrieve an office action, you can access it directly from the TSDR documents tab located below. We thank you for your patience while we make these improvements.



| SEARCH | MULTI-SEARCH | ❓ |

US Serial, Registration, or Reference No. ⌄    6373947    **Status**   **Documents**

| STATUS | DOCUMENTS | MAINTENANCE |                                                    **Back to Search**    🖶  Print

**Generated on:** This page was generated by TSDR on 2023-03-28 10:21:13 EDT

**Mark:** EMSCULPT NEO

## EMSCULPT NEO

| | |
|---|---|
| **US Serial Number:** 88768528 | **Application Filing Date:** Jan. 22, 2020 |
| **US Registration Number:** 6373947 | **Registration Date:** Jun. 01, 2021 |
| **Filed as TEAS RF:** Yes | **Currently TEAS RF:** Yes |
| **Register:** Principal | |
| **Mark Type:** Trademark, Service Mark | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jun. 01, 2021

**Publication Date:** Jan. 19, 2021                     **Notice of Allowance Date:** Mar. 16, 2021

**▼ Mark Information**                                                                    ▲ Collapse All

**Mark Literal Elements:** EMSCULPT NEO

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**▼ Goods and Services**

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Medical apparatus and instruments for the treatment of cellulite; medical apparatus and instruments for body toning and body shaping; medical apparatus and instruments for the removal of fat, circumference reduction, tightening of skin, reduction of wrinkles, reduction of scars, reduction of stretch marks, rejuvenation of skin, and treatment of pigmentation spots; medical apparatus and instruments for aesthetic skin treatment procedures; medical apparatus generating electromagnetic, magnetic, electrical, mechanical or thermal energy for use in skin treatment procedures; medical apparatus particularly apparatus for pain

management, elimination of muscle spasms; gynecological and urological apparatus and instruments, namely, for genital rejuvenation, treatment of sexual dysfunction, gynecological treatment and pelvic floor treatment

| | | | |
|---|---|---|---|
| International Class(es): | 010 - Primary Class | U.S Class(es): | 026, 039, 044 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Oct. 17, 2020 | Use in Commerce: | Oct. 17, 2020 |

For: Medical services; medical equipment rental; cosmetic and plastic surgery; beauty salons; liposuction services; medical services, namely, removal of body cellulite

| | | | |
|---|---|---|---|
| International Class(es): | 044 - Primary Class | U.S Class(es): | 100, 101 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Oct. 17, 2020 | Use in Commerce: | Oct. 17, 2020 |

## ▾ Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | Yes |
| Filed ITU: | Yes | Currently ITU: | No |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

## ▾ Current Owner(s) Information

| | |
|---|---|
| Owner Name: | BTL INDUSTRIES |
| Owner Address: | 8 TZAR KALOYAN STR<br>SOFIA BULGARIA 1000 |
| Legal Entity Type: | JOINT STOCK COMPANY |

State or Country Where Organized: BULGARIA

## ▾ Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| Attorney Name: | Monica Riva Talley | Docket Number: | 5387.0100000 |
| Attorney Primary Email Address: | tm@sternekessler.com | Attorney Email Authorized: | Yes |

**Correspondent**

| | |
|---|---|
| Correspondent Name/Address: | Monica Riva Talley<br>Sterne, Kessler, Goldstein & Fox P.L.L.C<br>1100 New York Avenue, NW<br>Washington, DISTRICT OF COLUMBIA UNITED STATES 20005 |
| Phone: | 202-371-2600 |

Fax: 202-371-2540

| | | | |
|---|---|---|---|
| Correspondent e-mail: | tm@sternekessler.com mtalley@sternekessler.com<br>djustus@sternekessler.com alazea@sternekessler.com | Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

## ▾ Prosecution History

Case 1:23-cv-00359-CFC   Document 1-3   Filed 03/29/23   Page 7 of 70 PageID #: 443

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Sep. 10, 2021 | NOTICE OF SUIT | |
| Jun. 01, 2021 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 28, 2021 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Apr. 27, 2021 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Apr. 20, 2021 | STATEMENT OF USE PROCESSING COMPLETE | 66230 |
| Apr. 06, 2021 | USE AMENDMENT FILED | 66230 |
| Apr. 20, 2021 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 66230 |
| Apr. 06, 2021 | TEAS STATEMENT OF USE RECEIVED | |
| Mar. 16, 2021 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jan. 19, 2021 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 19, 2021 | PUBLISHED FOR OPPOSITION | |
| Dec. 30, 2020 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 11, 2020 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 09, 2020 | TEAS/EMAIL CORRESPONDENCE ENTERED | 68552 |
| Dec. 09, 2020 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 68552 |
| Dec. 02, 2020 | ASSIGNED TO LIE | 68552 |
| Oct. 07, 2020 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Sep. 14, 2020 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Apr. 13, 2020 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Apr. 13, 2020 | NON-FINAL ACTION E-MAILED | 6325 |
| Apr. 13, 2020 | NON-FINAL ACTION WRITTEN | 80810 |
| Apr. 10, 2020 | ASSIGNED TO EXAMINER | 80810 |
| Jan. 25, 2020 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jan. 25, 2020 | NEW APPLICATION ENTERED | |

## ▼ TM Staff and Location Information

**TM Staff Information - None**

**File Location**

Current Location:  PUBLICATION AND ISSUE SECTION                    Date in Location:  Apr. 27, 2021

## ▼ Assignment Abstract Of Title Information - Click to Load

## ▼ Proceedings - Click to Load



For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**TSDR API DATA:** The TSDR Application Programming Interface (API) has limited availability due to system upgrades. We anticipate full return to service for all API users by the end of the month. In the meantime, if you need to retrieve an office action, you can access it directly from the TSDR documents tab located below. We thank you for your patience while we make these improvements.



| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2023-03-28 11:15:46 EDT |
| **Mark:** | EM |

| | | | |
|---|---|---|---|
| **US Serial Number:** 87834553 | | **Application Filing Date:** Mar. 14, 2018 | |
| **US Registration Number:** 5915636 | | **Registration Date:** Nov. 19, 2019 | |
| **Filed as TEAS RF:** Yes | | **Currently TEAS RF:** Yes | |
| **Register:** Principal | | | |
| **Mark Type:** Trademark, Service Mark | | | |
| **TM5 Common Status Descriptor:** | | LIVE/REGISTRATION/Issued and Active | |
| | | The trademark application has been registered with the Office. | |

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Nov. 19, 2019

**Publication Date:** Aug. 07, 2018     **Notice of Allowance Date:** Oct. 02, 2018

**▾ Mark Information**     ▴ Collapse All

**Mark Literal Elements:** EM

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**▾ Goods and Services**

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Physical therapy devices for treating muscle spasms and pain management; medical apparatus and instruments, in particular apparatus and instruments for the treatment of cellulite, apparatus and instruments for body toning and body shaping, and apparatus and instruments for the removal of fat, circumference reduction; medical devices for use in treating gynecological disorders, pelvic area disorders, bladder disorders and incontinence

**International Class(es):** 010 - Primary Class     **U.S Class(es):** 026, 039, 044

| | |
|---|---|
| **Class Status:** ACTIVE | |
| **Basis:** 1(a) | |
| **First Use:** Jan. 08, 2019 | **Use in Commerce:** Jan. 08, 2019 |

**For:** Health assessment services; medical services, namely, providing treatment for patients with gynecological disorders, pelvic area disorders, bladder disorders and incontinence; gynecological services; urology medical care services; rental of medical apparatus and equipment; cosmetic and plastic surgery; beauty salon services; liposuction and surgical body shaping services; medical services, namely, removal of body cellulite; physical therapy services

| | |
|---|---|
| **International Class(es):** 044 - Primary Class | **U.S Class(es):** 100, 101 |
| **Class Status:** ACTIVE | |
| **Basis:** 1(a) | |
| **First Use:** Jan. 08, 2019 | **Use in Commerce:** Jan. 08, 2019 |

## ▾ Basis Information (Case Level)

| | |
|---|---|
| **Filed Use:** No | **Currently Use:** Yes |
| **Filed ITU:** Yes | **Currently ITU:** No |
| **Filed 44D:** No | **Currently 44E:** No |
| **Filed 44E:** No | **Currently 66A:** No |
| **Filed 66A:** No | **Currently No Basis:** No |
| **Filed No Basis:** No | |

## ▾ Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** BTL Industries, Inc. | |
| **Owner Address:** 362 Elm St. Marlborough, MASSACHUSETTS UNITED STATES 01752 | |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** DELAWARE |

## ▾ Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| **Attorney Name:** Monica Riva Talley | **Docket Number:** 5387.0010000 |
| **Attorney Primary Email Address:** tm@sternekessler.com | **Attorney Email Authorized:** Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** Monica Riva Talley Sterne, Kessler, Goldstein & Fox P.L.L.C 1100 New York Avenue NW Washington, DISTRICT OF COLUMBIA UNITED STATES 20005 | |
| **Phone:** 2023712600 | **Fax:** 2023712540 |
| **Correspondent e-mail:** tm@sternekessler.com mtalley@sternekessler.com djustus@sternekessler.com alazea@sternekessler.com | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative**

| | |
|---|---|
| **Domestic Representative Name:** Monica Riva Talley | **Phone:** 202-371-2600 |
| **Fax:** 202-371-2540 | |
| **Domestic Representative e-mail:** tm@sternekessler.com | **Domestic Representative e-mail Authorized:** No |

## ▼ Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 16, 2022 | NOTICE OF SUIT | |
| Dec. 22, 2021 | NOTICE OF SUIT | |
| Sep. 10, 2021 | NOTICE OF SUIT | |
| Nov. 19, 2019 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 15, 2019 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Oct. 14, 2019 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Oct. 09, 2019 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Oct. 08, 2019 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Oct. 08, 2019 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 02, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 02, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Apr. 09, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Apr. 09, 2019 | NON-FINAL ACTION E-MAILED | |
| Apr. 09, 2019 | SU - NON-FINAL ACTION - WRITTEN | 83189 |
| Mar. 29, 2019 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Mar. 28, 2019 | STATEMENT OF USE PROCESSING COMPLETE | 71034 |
| Mar. 25, 2019 | USE AMENDMENT FILED | 71034 |
| Mar. 28, 2019 | SOU EXTENSION 1 GRANTED | 71034 |
| Mar. 25, 2019 | SOU EXTENSION 1 FILED | 71034 |
| Mar. 28, 2019 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 71034 |
| Mar. 25, 2019 | TEAS EXTENSION RECEIVED | |
| Mar. 25, 2019 | TEAS STATEMENT OF USE RECEIVED | |
| Oct. 02, 2018 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Aug. 07, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Aug. 07, 2018 | PUBLISHED FOR OPPOSITION | |
| Jul. 18, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jul. 02, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 25, 2018 | ASSIGNED TO EXAMINER | 83189 |
| Mar. 21, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Mar. 17, 2018 | NEW APPLICATION ENTERED | |

## ▼ TM Staff and Location Information

**TM Staff Information - None**

**File Location**

      **Current Location:** PUBLICATION AND ISSUE SECTION                      **Date in Location:** Oct. 14, 2019

## ▼ Assignment Abstract Of Title Information - Click to Load

## ▼ Proceedings - Click to Load



**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**TSDR API DATA:** The TSDR Application Programming Interface (API) has limited availability due to system upgrades. We anticipate full return to service for all API users by the end of the month. In the meantime, if you need to retrieve an office action, you can access it directly from the TSDR documents tab located below. We thank you for your patience while we make these improvements.

SEARCH MULTI-SEARCH

US Serial, Registration, or Reference No. 6069279 Status Documents

STATUS DOCUMENTS MAINTENANCE Back to Search Print

**Generated on:** This page was generated by TSDR on 2023-03-28 11:23:55 EDT

**Mark:** EMSCULPT

EMSCULPT

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88684678 | **Application Filing Date:** | Nov. 08, 2019 |
| **US Registration Number:** | 6069279 | **Registration Date:** | Jun. 02, 2020 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** | LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. | | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Jun. 02, 2020 | | |
| **Publication Date:** | Mar. 17, 2020 | | |

## Mark Information

Collapse All

**Mark Literal Elements:** EMSCULPT

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**Claimed Ownership of US Registrations:** 5572801

## Foreign Information

| | | | |
|---|---|---|---|
| **Foreign Registration Number:** | 017263799 | **Foreign Registration Date:** | Feb. 19, 2018 |
| **Foreign Application/Registration Country:** | EUROPEAN UNION | **Foreign Expiration Date:** | Sep. 29, 2027 |

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
  + Brackets [..] indicate deleted goods/services;
  + Double parentheses ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
  + Asterisks "..." identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | medical services; gynecology services; medical equipment rental; cosmetic and plastic surgery; beauty salons; liposuction services; removal of body cellulite |

| | | | |
|---|---|---|---|
| **International Class(es):** | 044 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 44(e) | | |

## ▼ Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | Yes |
| **Filed 44E:** | Yes | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## ▼ Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | BTL Industries | | |
| **Owner Address:** | 8 Tzar Kaloyan str | | |
| | Sofia BULGARIA 1000 | | |
| **Legal Entity Type:** | JOINT STOCK COMPANY | **State or Country Where Organized:** | BULGARIA |

## ▼ Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Monica Riva Talley | **Docket Number:** | 5387.0090001 |
| **Attorney Primary Email Address:** | tm@sternekessler.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Monica Riva Talley | | |
| | STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C. | | |
| | 1100 New York Avenue, NW | | |
| | Washington, DISTRICT OF COLUMBIA UNITED STATES 20005 | | |
| **Phone:** | 202-371-2600 | **Fax:** | 202-371-2540 |
| **Correspondent e-mail:** | tm@sternekessler.com mtalley@sternekessler.com | **Correspondent e-mail Authorized:** | Yes |
| | djustus@sternekessler.com alazea@sternekessler.com | | |

**Domestic Representative - Not Found**

## ▼ Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 16, 2022 | NOTICE OF SUIT | |
| Jan. 18, 2022 | CORRECTION UNDER SECTION 7 – PROCESSED | 77315 |
| Jan. 15, 2022 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 77315 |

| Dec. 22, 2021 | NOTICE OF SUIT | |
| Sep. 10, 2021 | NOTICE OF SUIT | |
| Sep. 09, 2021 | TEAS SECTION 7 REQUEST RECEIVED | |
| Jun. 02, 2020 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 17, 2020 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 17, 2020 | PUBLISHED FOR OPPOSITION | |
| Feb. 26, 2020 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 13, 2020 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 12, 2020 | ASSIGNED TO EXAMINER | 81840 |
| Nov. 15, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Nov. 12, 2019 | NEW APPLICATION ENTERED | |

▾ **TM Staff and Location Information**

**TM Staff Information - None**

**File Location**

     **Current Location:** TMEG LAW OFFICE 108                                     **Date in Location:** Jan. 18, 2022

▾ **Assignment Abstract Of Title Information - Click to Load**

▾ **Proceedings - Click to Load**



**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**TSDR API DATA:** The TSDR Application Programming Interface (API) has limited availability due to system upgrades. We anticipate full return to service for all API users by the end of the month. In the meantime, if you need to retrieve an office action, you can access it directly from the TSDR documents tab located below. We thank you for your patience while we make these improvements.

SEARCH MULTI-SEARCH ?

US Serial, Registration, or Reference No. 6206098 Status Documents

STATUS DOCUMENTS MAINTENANCE Back to Search Print

**Generated on:** This page was generated by TSDR on 2023-03-28 11:27:11 EDT

**Mark:** EM

EM

**US Serial Number:** 87834556

**Application Filing Date:** Mar. 14, 2018

**US Registration Number:** 6206098

**Registration Date:** Nov. 24, 2020

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Nov. 24, 2020

**Publication Date:** Aug. 07, 2018

**Notice of Allowance Date:** Oct. 02, 2018

## Mark Information

Collapse All

**Mark Literal Elements:** EM

**Standard Character Claim:** No

**Mark Drawing Type:** 5 - AN ILLUSTRATION DRAWING WITH WORD(S) /LETTER(S)/ NUMBER(S) INSTYLIZED FORM

**Description of Mark:** The mark consists of Stylized letters "EM".

**Color Drawing:** Yes

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:

+ Brackets [..] indicate deleted goods/services;
+ Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
+ Asterisks "..." identify additional (new) wording in the goods/services.

| | |
|---|---|
| For: | Physical therapy devices for treating muscle spasms and pain management; medical apparatus and instruments, in particular apparatus and instruments for the treatment of cellulite, apparatus and instruments for body toning and body shaping, and apparatus and instruments for the removal of fat, circumference reduction; medical devices for use in treating gynecological disorders, pelvic area disorders, bladder disorders and incontinence |

| | | | |
|---|---|---|---|
| International Class(es): | 010 - Primary Class | U.S Class(es): | 026, 039, 044 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Jul. 2018 | Use in Commerce: | Jul. 2018 |

| | |
|---|---|
| For: | Health assessment services; medical services, namely, providing treatment for patients with gynecological disorders, pelvic area disorders, bladder disorders and incontinence; gynecological services; urology medical care services; rental of medical apparatus and equipment; cosmetic and plastic surgery; beauty salon services; liposuction and surgical body shaping services; medical services, namely, removal of body cellulite; physical therapy services |

| | | | |
|---|---|---|---|
| International Class(es): | 044 - Primary Class | U.S Class(es): | 100, 101 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Jul. 2018 | Use in Commerce: | Jul. 2018 |

## ▾ Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | Yes |
| Filed ITU: | Yes | Currently ITU: | No |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

## ▾ Current Owner(s) Information

| | |
|---|---|
| Owner Name: | BTL Industries, Inc. |
| Owner Address: | 362 Elm St. |
| | Marlborough, MASSACHUSETTS UNITED STATES 01752 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |

## ▾ Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| Attorney Name: | Monica Riva Talley | Docket Number: | 5387.0020000 |
| Attorney Primary Email Address: | tm@sternekessler.com | Attorney Email Authorized: | Yes |

**Correspondent**

| | |
|---|---|
| Correspondent Name/Address: | Monica Riva Talley |
| | Sterne, Kessler, Goldstein & Fox P.L.L.C. |
| | 1100 New York Avenue, NW |
| | Washington, DISTRICT OF COLUMBIA UNITED STATES 20005 |
| Phone: | 202-371-2600 | Fax: | 202-371-2540 |

| | | |
|---|---|---|
| Correspondent e-mail: | tm@sternekessler.com mtalley@sternekessler.com djustus@sternekessler.com alazea@sternekessler.com | Correspondent e-mail Authorized: Yes |

**Domestic Representative**

| | | |
|---|---|---|
| Domestic Representative Name: Monica Riva Talley | | Phone: 202-371-2600 |
| Fax: 202-371-2540 | | |
| Domestic Representative e-mail: tm@sternekessler.com | | Domestic Representative e-mail Authorized: No |

**▼ Prosecution History**

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 16, 2022 | NOTICE OF SUIT | |
| Dec. 22, 2021 | NOTICE OF SUIT | |
| Sep. 10, 2021 | NOTICE OF SUIT | |
| Nov. 24, 2020 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 20, 2020 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Oct. 19, 2020 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Oct. 16, 2020 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Oct. 15, 2020 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Oct. 15, 2020 | TEAS REQUEST FOR RECONSIDERATION RECEIVED | |
| Sep. 29, 2020 | NOTIFICATION OF FINAL REFUSAL EMAILED | |
| Sep. 29, 2020 | FINAL REFUSAL E-MAILED | |
| Sep. 29, 2020 | SU - FINAL REFUSAL - WRITTEN | 83189 |
| Sep. 15, 2020 | TEAS/EMAIL CORRESPONDENCE ENTERED | 66121 |
| Sep. 15, 2020 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 66121 |
| Sep. 14, 2020 | ASSIGNED TO LIE | 66121 |
| Sep. 02, 2020 | ASSIGNED TO LIE | 70629 |
| Aug. 13, 2020 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Aug. 10, 2020 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Aug. 10, 2020 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Aug. 10, 2020 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Aug. 10, 2020 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Aug. 10, 2020 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Aug. 10, 2020 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Feb. 14, 2020 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Feb. 14, 2020 | NON-FINAL ACTION E-MAILED | |
| Feb. 14, 2020 | SU - NON-FINAL ACTION - WRITTEN | 83189 |
| Feb. 03, 2020 | STATEMENT OF USE PROCESSING COMPLETE | 69302 |
| Jan. 31, 2020 | USE AMENDMENT FILED | 69302 |
| Jan. 31, 2020 | TEAS STATEMENT OF USE RECEIVED | |
| Jan. 21, 2020 | PETITION TO DIRECTOR - GRANTED | 67832 |
| Jan. 15, 2020 | ASSIGNED TO PETITION STAFF | 67832 |
| Dec. 04, 2019 | TEAS PETITION TO DIRECTOR RECEIVED | 1111 |
| Oct. 08, 2019 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |

| Oct. 07, 2019 | SOU EXTENSION 2 GRANTED | 69302 |
| Oct. 02, 2019 | SOU EXTENSION 2 FILED | 69302 |
| Oct. 07, 2019 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 69302 |
| Oct. 02, 2019 | TEAS EXTENSION RECEIVED | |
| Oct. 02, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 02, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Mar. 22, 2019 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Mar. 20, 2019 | SOU EXTENSION 1 GRANTED | 98765 |
| Mar. 20, 2019 | SOU EXTENSION 1 FILED | 98765 |
| Mar. 20, 2019 | TEAS EXTENSION RECEIVED | |
| Oct. 02, 2018 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Aug. 07, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Aug. 07, 2018 | PUBLISHED FOR OPPOSITION | |
| Jul. 18, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jul. 02, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 25, 2018 | ASSIGNED TO EXAMINER | 83189 |
| Mar. 21, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Mar. 17, 2018 | NEW APPLICATION ENTERED | |

### ▾ TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| Current Location: PUBLICATION AND ISSUE SECTION | Date in Location: Oct. 19, 2020 |

### ▾ Assignment Abstract Of Title Information - Click to Load

### ▾ Proceedings - Click to Load



**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**TSDR API DATA:** The TSDR Application Programming Interface (API) has limited availability due to system upgrades. We anticipate full return to service for all API users by the end of the month. In the meantime, if you need to retrieve an office action, you can access it directly from the TSDR documents tab located below. We thank you for your patience while we make these improvements.

SEARCH MULTI-SEARCH

US Serial, Registration, or Reference No. 5688619 Status Documents

STATUS DOCUMENTS MAINTENANCE Back to Search Print

**Generated on:** This page was generated by TSDR on 2023-03-28 11:41:13 EDT

**Mark:** HIFEM

HIFEM

**US Serial Number:** 87625155

**Application Filing Date:** Sep. 27, 2017

**US Registration Number:** 5688619

**Registration Date:** Mar. 05, 2019

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Mar. 05, 2019

**Publication Date:** Aug. 07, 2018

## Mark Information

Collapse All

**Mark Literal Elements:** HIFEM

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Foreign Information

**Priority Claimed:** Yes

**Foreign Application Number:** 017225566

**Foreign Application Filing Date:** Sep. 19, 2017

**Foreign Registration Number:** 017225566

**Foreign Registration Date:** Sep. 19, 2017

**Foreign Application/Registration Country:** EUROPEAN UNION

**Foreign Expiration Date:** Sep. 19, 2027

## Goods and Services

Note:

The following symbols indicate that the registrant/owner has amended the goods/services:

+ Brackets [..] indicate deleted goods/services;
+ Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
+ Asterisks "*..*" identify additional (new) wording in the goods/services.

|  | |
|---|---|
| **For:** | Medical and aesthetic apparatus and instruments, in particular non-invasive medical and surgical apparatus and instruments generating electrical, magnetic, electromagnetic, mechanical or thermal therapeutic energy used to stimulate gynecological and urological muscles and to increase strength and physical performance of gynecological and urological muscles for health, medical, and aesthetic purposes; medical and surgical apparatus and instruments for use in medical, surgical and aesthetic medicine procedures, namely, body shaping, fat removal, circumference reduction of waist, leg, arm, chest, neck, back, buttock, thigh, breast, saddlebags, and abdomen, tightening of skin, cellulite reduction, skin rejuvenation, wrinkle reduction, scar reduction, reduction of stretch marks; electric stimulation and magnetic stimulation apparatus for physical therapy purposes for the treatment of nerve and muscle pain and elimination of muscular spasms; gynecological and urological medical and surgical apparatus and instruments for examining and treating reproductive organs, bladder, rectum; body rehabilitation apparatus for medical purposes; beds specially made for medical purposes |

| | | |
|---|---|---|
| **International Class(es):** 010 - Primary Class | | **U.S Class(es):** 026, 039, 044 |
| **Class Status:** ACTIVE | | |
| **Basis:** 44(e) | | |

| | |
|---|---|
| **For:** | Health care services |

| | | |
|---|---|---|
| **International Class(es):** 044 - Primary Class | | **U.S Class(es):** 100, 101 |
| **Class Status:** ACTIVE | | |
| **Basis:** 44(e) | | |

## ▾ Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | | **Currently Use:** No |
| **Filed ITU:** Yes | | **Currently ITU:** No |
| **Filed 44D:** Yes | | **Currently 44E:** Yes |
| **Filed 44E:** No | | **Currently 66A:** No |
| **Filed 66A:** No | | **Currently No Basis:** No |
| **Filed No Basis:** No | | |

## ▾ Current Owner(s) Information

| | | |
|---|---|---|
| **Owner Name:** BTL INDUSTRIES, INC. | | |
| **Owner Address:** 362 ELM STREET MARLBOROUGH, MASSACHUSETTS UNITED STATES 01752 | | |
| **Legal Entity Type:** CORPORATION | | **State or Country Where Organized:** MASSACHUSETTS |

## ▾ Attorney/Correspondence Information

**Attorney of Record**

| | | |
|---|---|---|
| **Attorney Name:** Monica Riva Talley | | **Docket Number:** 5387.0050000 |
| **Attorney Primary Email Address:** tm@sternekessler.com | | **Attorney Email Authorized:** Yes |

**Correspondent**

| | | |
|---|---|---|
| **Correspondent Name/Address:** Monica Riva Talley Sterne, Kessler, Goldstein & Fox P.L.L.C. 1100 New York Avenue NW Washington, DISTRICT OF COLUMBIA UNITED STATES 20005 | | |
| **Phone:** 202-371-2600 | | **Fax:** 202-371-2540 |
| **Correspondent e-mail:** tm@sternekessler.com mtalley@sternekessler.com | | **Correspondent e-mail Authorized:** Yes |

djustus@sternekessler.com alazea@sternekessler.com

**Domestic Representative**

Domestic Representative Name: Monica Riva Talley                                              Phone: 202-371-2600

Fax: 202-371-2540

Domestic Representative e-mail: tm@sternekessler.com          Domestic Representative e-mail Authorized: No

## ▾ Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 19, 2020 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Oct. 02, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 02, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Mar. 05, 2019 | REGISTERED-PRINCIPAL REGISTER | |
| Jan. 31, 2019 | 1(B) BASIS DELETED; PROCEED TO REGISTRATION | 71034 |
| Dec. 19, 2018 | NOTICE OF ALLOWANCE CANCELLED | 71034 |
| Jan. 31, 2019 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 71034 |
| Jan. 23, 2019 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Dec. 19, 2018 | TEAS DELETE 1(B) BASIS RECEIVED | |
| Oct. 25, 2018 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 25, 2018 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Oct. 02, 2018 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Aug. 07, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Aug. 07, 2018 | PUBLISHED FOR OPPOSITION | |
| Jul. 18, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jul. 04, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jul. 04, 2018 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Jul. 04, 2018 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Jul. 04, 2018 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Jul. 04, 2018 | EXAMINERS AMENDMENT -WRITTEN | 73703 |
| Jun. 04, 2018 | NOTIFICATION OF FINAL REFUSAL EMAILED | |
| Jun. 04, 2018 | FINAL REFUSAL E-MAILED | |
| Jun. 04, 2018 | FINAL REFUSAL WRITTEN | 73703 |
| May 14, 2018 | TEAS/EMAIL CORRESPONDENCE ENTERED | 70884 |
| May 14, 2018 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 70884 |
| May 09, 2018 | ASSIGNED TO LIE | 70884 |
| May 04, 2018 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jan. 04, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jan. 04, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Jan. 04, 2018 | NON-FINAL ACTION WRITTEN | 73703 |
| Jan. 04, 2018 | ASSIGNED TO EXAMINER | 73703 |
| Oct. 03, 2017 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Sep. 30, 2017 | NEW APPLICATION ENTERED | |

**▼ TM Staff and Location Information**

**TM Staff Information - None**

**File Location**

      **Current Location:**  PUBLICATION AND ISSUE SECTION                                 **Date in Location:**  Mar. 05, 2019

**▼ Assignment Abstract Of Title Information - Click to Load**

**▼ Proceedings - Click to Load**



For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**TSDR API DATA:** The TSDR Application Programming Interface (API) has limited availability due to system upgrades. We anticipate full return to service for all API users by the end of the month. In the meantime, if you need to retrieve an office action, you can access it directly from the TSDR documents tab located below. We thank you for your patience while we make these improvements.

**SEARCH**    **MULTI-SEARCH**   ❓

US Serial, Registration, or Reference No. ▾    4750101    **Status**   **Documents**

---

**STATUS**   **DOCUMENTS**   **MAINTENANCE**                      **Back to Search**    🖼️ Print

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2023-03-28 11:44:38 EDT |
| Mark: | BTL |

| | | | |
|---|---|---|---|
| US Serial Number: | 79149567 | Application Filing Date: | Apr. 03, 2014 |
| US Registration Number: | 4750101 | Registration Date: | Jun. 09, 2015 |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| TM5 Common Status Descriptor: | | LIVE/REGISTRATION/Issued and Active | |
| | | The trademark application has been registered with the Office. | |
| Status: | A Section 71 and 15 declaration has been accepted and acknowledged. | | |
| Status Date: | Sep. 29, 2021 | | |
| Publication Date: | Mar. 24, 2015 | | |

**▾ Mark Information**                                  ▴ Collapse All

| | |
|---|---|
| Mark Literal Elements: | BTL |
| Standard Character Claim: | No |
| Mark Drawing Type: | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| Description of Mark: | The mark consists of the letters "BTL" on an angle each letter within a diamond shape open on one corner, all in the color blue. |
| Color Drawing: | Yes |
| Color(s) Claimed: | The color(s) blue is/are claimed as a feature of the mark. |
| Design Search Code(s): | 26.09.03 - Squares, incomplete; Incomplete squares |
| | 26.09.21 - Squares that are completely or partially shaded |

**▾ Related Properties Information**

| | |
|---|---|
| International Registration Number: | **1209872** |
| International Registration Date: | Apr. 03, 2014 |

## ▾ Goods and Services

Note:

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Physiotherapy apparatus in the nature of apparatus for electrotherapy, laser therapy, ultrasound therapy, magnetotherapy, and shockwave therapy, all for electrical nerve and muscle stimulation, infrared heat, wound healing, pain therapy, and treatment of inflammation; body rehabilitation apparatus for medical purposes; esthetic massage apparatus; hydrotherapy massage apparatus; medical and veterinary diagnostic apparatus and instruments, namely, electrocardiographs, heart monitors, spirometers, and blood pressure monitors; Medical devices for nonsurgical cosmetic treatments; medical devices for body toning and body shaping, tightening of skin, treatment of skin laxity, wrinkles, rhytides, and cellulite, and fat removal; lymphatic drainage equipment, namely, massage apparatus and lasers for medical use

| | |
|---|---|
| **International Class(es):** 010 - Primary Class | **U.S Class(es):** 026, 039, 044 |
| **Class Status:** ACTIVE | |
| **Basis:** 66(a) | |

## ▾ Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** No | | **Currently Use:** No | |
| **Filed ITU:** No | | **Currently ITU:** No | |
| **Filed 44D:** No | | **Currently 44E:** No | |
| **Filed 44E:** No | | **Currently 66A:** Yes | |
| **Filed 66A:** Yes | | **Currently No Basis:** No | |
| **Filed No Basis:** No | | | |

## ▾ Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** BTL Industries | |
| **Owner Address:** 8 Tzar Kaloyan str<br>BG-1000 Sofia<br>BULGARIA | |
| **Legal Entity Type:** JSC | **State or Country Where Organized:** BULGARIA |

## ▾ Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| **Attorney Name:** Ryan D. Artis | **Docket Number:** 206265608734 |
| **Attorney Primary Email Address:** dockets@riversidelaw.com | **Attorney Email Authorized:** Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** Ryan D. Artis<br>Riverside Law LLP<br>1285 Drummers Lane, Suite 202<br>Glenhardie Two Corporate Center<br>Wayne, PENNSYLVANIA UNITED STATES 19087 | |
| **Phone:** 215-268-3888 | **Fax:** 215-268-3871 |
| **Correspondent e-mail:** dockets@riversidelaw.com dockets@riversidelaw.com | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative - Not Found**

## ▾ Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Feb. 16, 2022 | NOTICE OF SUIT | |
| Dec. 22, 2021 | NOTICE OF SUIT | |
| Sep. 29, 2021 | NOTICE OF ACCEPTANCE OF SEC. 71 & 15 - E-MAILED | |
| Sep. 29, 2021 | REGISTERED - SEC. 71 ACCEPTED & SEC. 15 ACK. | 76985 |
| Sep. 28, 2021 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 76985 |
| Sep. 10, 2021 | NOTICE OF SUIT | |
| May 04, 2021 | TEAS SECTION 71 & 15 RECEIVED | |
| Sep. 25, 2020 | CHANGE OF NAME/ADDRESS REC'D FROM IB | |
| Jun. 09, 2020 | COURTESY REMINDER - SEC. 71 (6-YR) E-MAILED | |
| Oct. 24, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 24, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 14, 2019 | CHANGE OF OWNER RECEIVED FROM IB | |
| Feb. 19, 2018 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 16, 2016 | CHANGE OF NAME/ADDRESS REC'D FROM IB | |
| Jun. 16, 2016 | NEW REPRESENTATIVE AT IB RECEIVED | |
| Oct. 17, 2015 | FINAL DECISION TRANSACTION PROCESSED BY IB | |
| Sep. 29, 2015 | FINAL DISPOSITION NOTICE SENT TO IB | |
| Sep. 29, 2015 | FINAL DISPOSITION PROCESSED | 68359 |
| Sep. 09, 2015 | FINAL DISPOSITION NOTICE CREATED, TO BE SENT TO IB | |
| Jun. 09, 2015 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 04, 2015 | NOTIFICATION PROCESSED BY IB | |
| Mar. 24, 2015 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 24, 2015 | PUBLISHED FOR OPPOSITION | |
| Mar. 18, 2015 | NOTIFICATION OF POSSIBLE OPPOSITION SENT TO IB | |
| Mar. 18, 2015 | NOTICE OF START OF OPPOSITION PERIOD CREATED, TO BE SENT TO IB | |
| Mar. 04, 2015 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 17, 2015 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 73296 |
| Feb. 12, 2015 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 12, 2015 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Feb. 12, 2015 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Feb. 12, 2015 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Feb. 12, 2015 | EXAMINERS AMENDMENT -WRITTEN | 82426 |
| Jan. 28, 2015 | TEAS/EMAIL CORRESPONDENCE ENTERED | 73296 |
| Jan. 28, 2015 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 73296 |
| Jan. 21, 2015 | ASSIGNED TO LIE | 73296 |
| Jan. 13, 2015 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Aug. 29, 2014 | REFUSAL PROCESSED BY IB | |
| Aug. 04, 2014 | NON-FINAL ACTION MAILED - REFUSAL SENT TO IB | |
| Aug. 04, 2014 | REFUSAL PROCESSED BY MPU | 72629 |
| Aug. 02, 2014 | NON-FINAL ACTION (IB REFUSAL) PREPARED FOR REVIEW | |
| Aug. 02, 2014 | APPLICATION FILING RECEIPT MAILED | |

| Aug. 01, 2014 | NON-FINAL ACTION WRITTEN | 82426 |
| Jul. 29, 2014 | ASSIGNED TO EXAMINER | 82426 |
| Jul. 29, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jul. 24, 2014 | SN ASSIGNED FOR SECT 66A APPL FROM IB | |

### ▾ International Registration Information (Section 66a)

| | | | |
|---|---|---|---|
| International Registration Number: | 1209872 | International Registration Date: | Apr. 03, 2014 |
| Priority Claimed Flag: | Yes | Date of Section 67 Priority Claim: | Jan. 24, 2014 |
| Intl. Registration Status: | REQUEST FOR EXTENSION OF PROTECTION PROCESSED | Date of International Registration Status: | Jul. 24, 2014 |
| Notification of Designation Date: | Jul. 24, 2014 | Date of Automatic Protection: | Jan. 24, 2016 |
| International Registration Renewal Date: | Apr. 03, 2024 | | |
| First Refusal Flag: | Yes | | |

### ▾ TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| TM Attorney: | GLASSER, CARYN | Law Office Assigned: | LAW OFFICE 108 |

**File Location**

| | | | |
|---|---|---|---|
| Current Location: | GENERIC WEB UPDATE | Date in Location: | Sep. 29, 2021 |

### ▾ Assignment Abstract Of Title Information - Click to Load

### ▾ Proceedings - Click to Load

# Exhibit V



**Fred Misurella <misurellaf@btlnet.com>**

## FW: ***EMSLIM Machine Floor Model EMSCULPT Machine-Build Muscle, Burn Fat, Make Bank..

**Daniel Savarino** <doctorsav@hotmail.com>                                    Fri, Oct 21, 2022 at 3:28 PM
To: Fred Misurella <misurellaf@btlnet.com>

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: James <jvaughn72@gmail.com>
Date: 10/21/22 12:40 PM (GMT-05:00)
To:
Subject: ***EMSLIM Machine Floor Model EMSCULPT Machine-Build Muscle, Burn Fat, Make Bank..



We have 1 brand new discontinued floor model 2 Handle EMSLIM Muscle Building machines in stock and for the unbeatable low price of $8500! Comes with protective case and 1 year warranty.

These machines are being phased out of production and replaced with the new 3 is Handle EMSHAPE Super Power EMS Machine you can see on our website.



With current offices charging $2700-$3200 for 4X30 minute treatments of EMSLIM, the machine is paid off with 3 paying clients and the rest going forward is cash profit for you.

By comparison, the brand name EMSCULPT Machine costs $225,000 for the same FDA Approved Machine.

About Emslim: EMSLIM is the most popular muscle building machine that builds muscle and burns fat in one 30 minute unattended session.

If you've heard of EMSCULPT but couldn't justify the overpriced cost you and your clients will love EMSLIM and you will see a significant increase in Cash Flow by adding this lucrative revenue stream to your services. Also
Makes a great second ems machine for current EmSculpt clinics or for home use.

First come. First serve. See complete description and video of actual machine on our website and contact me with any questions.

https://juvawave.com/products/2022-emslim-ems-muscle-building-fat-reduction-syste?_pos=2&_psq=ems&_ss=e&_v=1.0
James Vaughn
Juvawave
516-458-4263

# Exhibit W

https://juvawave.com/products/new-emshape-super-high-ems-electro-magnetic-muscle-building-and-fat-burning-machine                                                March 27, 2023

Home     Products     What is Red Light Therapy?     Information     Blog     Contact



   

  



 

## New EMSHAPE Super Power EMS Electro Magnetic Muscle Building Fat Burning and Butt Lifting Machine

$59,500.00

Split your purchase into installments for orders up to $17,500.00 with **Shop** installments powered by Affirm Learn more

ADD TO CART

Buy with **ShopPay**

More payment options

With a full 2600w of Power, the Game Changing  3 Handle EMSHAPE Super High EMS Electro Magnetic Muscle Building and Fat Reduction Machine is the most powerful device available today to build muscle and sculpt your body.

Through super power EMS of up to 7 Tesla, one can firm and tone their muscles and burn fat at the same time resulting in a head turning slim and sculpted body you can't get with traditional diet and exercise.

The EMSHAPE procedure is currently FDA cleared to treat your abdomen, buttocks, arms, calves, thighs and is the only machine with a pelvic floor handle to strengthen the pelvic floor muscles!

A great non-surgical alternative to the Brazilian butt lift.

How Does Super High EMSHAPE work?

EMSHAPE is based on high-intensity focused electromagnetic energy.

A single EMSHAPE session feels like thousands of powerful muscle contractions which are extremely important in improving the tone and strength of your muscles.

Science behind the technology: EMSHAPE uses a specific range of frequencies that do not allow the muscle to relax between successive stimuli, forcing the muscle to remain contractive for several seconds.

Muscle formation occurs when muscle tissue is repeatedly exposed to these high load conditions.

Studies have shown that abdominal muscle thickness increases by an average of 15-16% one to two months after treatment with HI-EMT These powerful induced muscle contractions not achievable through voluntary contractions. The muscle tissue is forced to adapt to such extreme condition. It responds with a deep remodeling of its inner structure that results in muscle building and sculpting your body."

BUILD MUSCLES AND SCULPT YOUR BODY

Time and proper form are key to building muscle and strength. Due  to  design and functionality, the EMSHAPE large applicators are not dependent upon your form. Lay there and benefit from thousands of muscle contractions inducing muscle hypertrophy and hyperplasia.

BECAUSE NOT ALL MUSCLES ARE CREATED EQUAL

Trainers and bodybuilders ranked the hardest muscles to build and tone and arms and calves ranked number 6 and 1 respectively.

The EMSHAPE small applicators properly activate your muscles motor neurons by delivering 20k contractions and ensure proper form and technique to strengthen, build and tone muscles.

The Pelvic Floor Handle strengthens the pelvic floor muscles for post baby treatments.

How Many Sessions of EMSHAPE do I Need?

For ideal results patients should have six 30-minute sessions over the course of 3 weeks spaced every 2-3 days, then two sessions 6-8 weeks later.

Charging for Therapy:

1 session for $700, 4 for $3200, 6 for $4200.

Offer a discount like 30% on 6 sessions.

Provides benefits of 12-16 weeks of HIIT training in just 4 sessions.

Features and Benefits:

- Safe, non invasive, pain free, no downtime
- Unattended Therapy
- Schedule 5 patients or more per day
- Builds Muscle and Burns Fat at same time
- 2400w of Power. You won't find a more powerful machine on the market
- 3 Handles: Large for Butt, Abs, Hips. Medium for Arms, Thighs, Legs and Pelvic Floor Handle for Body after Baby.
- Large State of the Art LCD UI Screen
- Small Footprint

SHARE     TWEET     PIN IT

YOU MAY ALSO LIKE









New Physio Magneto Pulsed Super
Transduction Magnetic Field
Therapy I Ligament, Muscle, Bone,
Joint, Wound Regeneration and
Rehabilitation System
$39,500.00

New EMSMART EMS Muscle
Building Fat Reduction Machine
with RF and Body Composition
Analyzer
$95,000.00

New Physio Magneto NEO Super
Transduction Magnetic Field
Therapy with Far Infrared Therapy
for Pain, Fractures, Wounds
$49,500.00

New Juvawave Mini Percussor GO
Massage Therapy Gun
$395.00

Search      Privacy Policy      Terms of Service      Refund Policy

Sign up for the latest sales, promotions and product releases



Email address      SUBSCRIBE

Chat with us

Exhibit X

https://juvawave.com/products/new-emsmart-ems-muscle-building-fat-reduction-machine-with-rf-and-body-composition-analyzer                    March 29, 2023



Home    Products    What is Red Light Therapy?    Information ⌄    Blog ⌄    Contact



   

  

   

   

   

## New EMSMART EMS Muscle Building Fat Reduction Machine with RF and Body Composition Analyzer

**$95,000.00**

Split your purchase into installments for orders up to $17,500.00 with [Shop Pay] installments powered by Affirm. Learn more

ADD TO CART

Buy with Shop Pay

More payment options

The Best of Both Worlds for Building Muscle and Burning Fat:

FDA approved EMSMART is the latest advancement in muscle stimulation and fat reduction that combines both radiofrequency (fat burning) and high-intensity electromagnetic energies (muscle building) in one mobile and powerful machine.

The end result is 30% subcutaneous fat reduction and 16% more muscle growth than any single machine can offer and without the expense of purchasing multiple machines.

How Does EMSMART Work?

EMSMART's mechanism of action is based on an applicator ring simultaneously emitting  synchronized RF and HIFEM+ energies.

**RF**: Due to the radiofrequency heating, the muscle temperature quickly rises by several degrees. This prepares muscles for exposure to stress, similar to what a warm up activity does before any workout.

In less than 4 minutes, the temperature in subcutaneous fat reaches levels that cause apoptosis, i.e. fat cells are permanently damaged and slowly removed from the body.

Clinical studies showed on average a 30% reduction in subcutaneous fat. The RF treatment area reaches 15*15cm2. Compared with the equipment of other companies, the RF treatment area is larger.

**HIFEM**: Bypassing the brain limitations, HIFEM+ energy contracts the muscle fibers in the area at intensities that are not achievable during voluntary workout.

Extreme stress forces the muscle to adapt resulting in an increase in the number and growth of muscle fibers and cells. Clinical studies showed on average a 16% growth in muscle volume after 4 weeks.

HIFM EMS, uses the most advanced (HIFM) high-intensity focused magnetic vibration technology, directly stimulates motor neurons, so that the body's muscles continue to expand and contract(This kind of contraction cannot be achieved by your usual exercise or fit exercise)

The energy pulse of 30 minutes treatment can stimulate 30000 strong muscle contractions, which help the fat cells to metabolize and decompose vigorously.  At the same time, with muscle strengthening, it shapes and strengthens the muscles of the abs, butt, legs.

EMS simulates human muscle movement through high-frequency vibration to increase muscle mass and reduce fat.

**A State of the Art and Feature Rich Cosmetic System:**

With a various sized patented anti slip applicator rings, the user can securely fix the handle on the treatment area to prevent slippage and make for a more comfortable experience compared to older machines which vibrate and move when treatment begins.

Intelligent Android Operating System:

Auto mode and six additional treatment modes allows the EMSMART user to tailor the treatment program for each clients body and areas like Abs, Butt or Arms.

For experienced operators, energy, frequency and time can be adjusted according to the clients BMI to meet more requirements.

To avoid movement and falling off during treatment, there are 4 specially designed lengths for the body handles, which can be selected according to the treatment sites and the treatments for each customer.

Limb Handle Advantages:

The limb handle has dual output functions of RF and EMS. Either single EMS/RF or EMS+RF can be selected according to different treatment functions/areas/customers.

One handle equals two, to save space and cost for customers.

Applications:

- Muscle Building, Fat Burning, Body Slimming, Butt Lifting. 16% average increase in muscle thickness after 4 weeks.

- Prevention and treatment of stress urinary incontinence.

- Promote postpartum recovery.

Wireless system with less stress and takes up minimal floor space

Features:

- Wireless enabled State of the Art Graphic User Interface is easily controlled by your android or smartphone phone.

- Treatment of parts: Arms / Abdomen / Hip/ Thigh/Calf; Single EMS/RF or EMS+RF

- Real-time display and monitoring of temperature of power supply, IGBT, RF Power Supply, Handles; Energy/

- Frequency/Time can be adjusted accurately based on treatment

**State of the Art Graphic User Interface with New Smart Clinic Android Software:**

HI-BODY MAX2+/HI-BODY MAX1+/HI-BOD PRO2+/HI-BODY PRO+ Smart Clinic Software gives you Internet access, storage and intelligent information processing all at your fingertips.

In the digital age, smart clinics need smarter machines. Smart Clinic is a multi-faceted SAAS solution that provides a complete picture of your business: whether it is a single clinic or franchise.

Smart Clinical Data Center:

A state of the art 13.3-inch Android system guides you through each treatment. Intelligent selection based on the body parts to generate accurate parameters and treatment time. Choose Single EMS/RF or EMS+RF.

Body Composition Analyzer + CRM

The Bluetooth Enabled Body Composition Analyzer connected can record and analyze and record key metrics of before and after the program, like weight, muscle, BMI Index, obesity levels, water weight, bone density and more.

Store and retrieve your clients treatment records to track their progress and get easy access to their profile.

At the same time, this can not only see the treatment results more intuitively, but also give specific treatment suggestions according to the client's body fat rate, leaving the client to have a better overall experience.

The state of the art Android system EMS can be intelligently connected to the body fat analyzer, which can help customers see the changes of fat and muscle content in their body after a whole treatment cycle, and present perfect treatment results to customers in the form of data.

Android system: the machine can connect to the network, Bluetooth, music,etc.The treatment information of all customers can be shared, uploaded and downloaded through Bluetooth and USB. Android system can also allow the user to access the system remotely to update the operation interface and other information, etc

Treatment Program: For ideal results patients should have **six 30-minute sessions over the course of 3 weeks spaced every 2-3 days, then two sessions 6-8 weeks later.**

  

SHARE    TWEET    PIN IT

YOU MAY ALSO LIKE



New Physio Magneto NEO Super Transduction Magnetic Field Therapy with Far Infrared Therapy for Pain, Fractures, Wounds

$49,500.00



New EMSHAPE Super Power EMS Electro Magnetic Muscle Building Fat Burning and Butt Lifting Machine

$59,500.00



New Physio Magneto Pulsed Super Transduction Magnetic Field Therapy I Ligament, Muscle, Bone, Joint, Wound Regeneration and Rehabilitation System

$39,500.00



New Juvawave HD 360° 1800w Red Light Therapy Total Body Weight Loss Skincare Anti Aging Panel

$17,500.00

Sign up for the latest sales, promotions and product releases

Email address

SUBSCRIBE

United States (USD $)



© 2023, Juvawave Powered by Shopify

https://juvawave.com/products/new-emsmart-ems-muscle-building-fat-reduction-machine-with-rf-and-body-composition-analyzer

March 29, 2023

Home    Products    What is Red Light Therapy?    Information ⌄    Blog ⌄    Contact










## New EMSMART EMS Muscle Building Fat Reduction Machine with RF and Body Composition Analyzer

**$95,000.00**

Split your purchase into installments for orders up to $17,500.00 with **Shop Pay** installments powered by Affirm
Learn more

ADD TO CART

Buy with **Shop Pay**

More payment options

The Best of Both Worlds for Building Muscle and Burning Fat:

FDA approved EMSMART is the latest advancement in muscle stimulation and fat reduction that combines both radiofrequency (fat burning) and high-intensity electromagnetic energies (muscle building) in one mobile and powerful machine.

The end result is 30% subcutaneous fat reduction and 16% more muscle growth than any single machine can offer and without the expense of purchasing multiple machines.

How Does EMSMART Work?

EMSMART's mechanism of action is based on an applicator ring simultaneously emitting  synchronized RF and HIFEM+ energies.

**RF**: Due to the radiofrequency heating, the muscle temperature quickly rises by several degrees. This prepares muscles for exposure to stress, similar to what a warm up activity does before any workout.

In less than 4 minutes, the temperature in subcutaneous fat reaches levels that cause apoptosis, i.e. fat cells are permanently damaged and slowly removed from the body.

Clinical studies showed on average a 30% reduction in subcutaneous fat. The RF treatment area reaches 15*15cm2. Compared with the equipment of other companies, the RF treatment area is larger.

**HIFEM**: Bypassing the brain limitations, HIFEM+ energy contracts the muscle fibers in the area at intensities that are not achievable during voluntary workout.

Extreme stress forces the muscle to adapt resulting in an increase in the number and growth of muscle fibers and cells. Clinical studies showed on average a 16% growth in muscle volume after 4 weeks.

HIFM EMS, uses the most advanced (HIFM) high-intensity focused magnetic vibration technology, directly stimulates motor neurons, so that the body's muscles continue to expand and contract(This kind of contraction cannot be achieved by your usual exercise or fit exercise)

The energy pulse of 30 minutes treatment can stimulate 30000 strong muscle contractions, which help the fat cells to metabolize and decompose vigorously.  At the same time, with muscle strengthening, it shapes and strengthens the muscles of the abs, butt, legs.

EMS simulates human muscle movement through high-frequency vibration to increase muscle mass and reduce fat.

**A State of the Art and Feature Rich Cosmetic System:**

With a various sized patented anti slip applicator rings, the user can securely fix the handle on the treatment area to prevent slippage and make for a more comfortable experience compared to older machines which vibrate and move when treatment begins.

Intelligent Android Operating System:

Auto mode and six additional treatment modes allows the EMSMART user to tailor the treatment program for each clients body and areas like Abs, Butt or Arms.

For experienced operators, energy, frequency and time can be adjusted according to the clients BMI to meet more requirements.

To avoid movement and falling off during treatment, there are a 4 specially designed lengths for the body handles, which can be selected according to the treatment sites and the treatments for each customer.

Limb Handle Advantages:

The limb handle has dual output functions of RF and EMS. Either single EMS/RF or EMS+RF can be selected according to different treatment functions/areas/customers.

One handle equals two, to save space and cost for customers.

Applications:

- Muscle Building, Fat Burning, Body Slimming, Butt Lifting, 16% average increase in muscle thickness after 4 weeks.

- Prevention and treatment of stress urinary incontinence.

- Promote postpartum recovery.

https://juvawave.com/products/new-emsmart-ems-muscle-building-fat-reduction-machine-with-rf-and-body-composition-analyzer

March 29, 2023



Home    Products    What is Red Light Therapy?    Information    Blog    Contact



**Interface**

   

   

   

   

## New EMSMART EMS Muscle Building Fat Reduction Machine with RF and Body Composition Analyzer

**$95,000.00**

Split your purchase into installments for orders up to $17,500.00 with **Shop Pay** installments powered by Affirm Learn more

**ADD TO CART**

**Buy with Shop Pay**

More payment options

The Best of Both Worlds for Building Muscle and Burning Fat:

FDA approved EMSMART is the latest advancement in muscle stimulation and fat reduction that combines both radiofrequency (fat burning) and high-intensity electromagnetic energies (muscle building) in one mobile and powerful machine.

The end result is 30% subcutaneous fat reduction and 16% more muscle growth than any single machine can offer and without the expense of purchasing multiple machines.

How Does EMSMART Work?

EMSMART's mechanism of action is based on an applicator ring simultaneously emitting  synchronized RF and HIFEM+ energies.

**RF:** Due to the radiofrequency heating, the muscle temperature quickly rises by several degrees. This prepares muscles for exposure to stress, similar to what a warm up activity does before any workout.

In less than 4 minutes, the temperature in subcutaneous fat reaches levels that cause apoptosis, i.e. fat cells are permanently damaged and slowly removed from the body.

Clinical studies showed on average a 30% reduction in subcutaneous fat. The RF treatment area reaches 15*15cm2. Compared with the equipment of other companies, the RF treatment area is larger.

**HIFEM:** Bypassing the brain limitations, HIFEM+ energy contracts the muscle fibers in the area at intensities that are not achievable during voluntary workout.

Extreme stress forces the muscle to adapt resulting in an increase in the number and growth of muscle fibers and cells. Clinical studies showed on average a 16% growth in muscle volume after 4 weeks.

HIFM EMS, uses the most advanced (HIFM) high-intensity focused magnetic vibration technology, directly stimulates motor neurons, so that the body's muscles continue to expand and contract(This kind of contraction cannot be achieved by your usual exercise or fit exercise)

The energy pulse of 30 minutes treatment can stimulate 30000 strong muscle contractions, which help the fat cells to metabolize and decompose vigorously.  At the same time, with muscle strengthening, it shapes and strengthens the muscles of the abs, butt, legs.

EMS simulates human muscle movement through high-frequency vibration to increase muscle mass and reduce fat.

**A State of the Art and Feature Rich Cosmetic System:**

With 4 various sized patented anti slip applicator rings, the user can securely fix the handle on the treatment area to prevent slippage and make for a more comfortable experience compared to older machines which vibrate and move when treatment begins.

Intelligent Android Operating System:

Auto mode and six additional treatment modes allows the EMSMART user to tailor the treatment program for each clients body and areas like Abs, Butt or Arms.

For experienced operators, energy, frequency and time can be adjusted according to the clients BMI to meet more requirements.

To avoid movement and falling off during treatment, there are 4 specially designed lengths for the body handles, which can be selected according to the treatment sites and the treatments for each customer.

Limb Handle Advantages:

The limb handle has dual output functions of RF and EMS. Either single EMS/RF or EMS+RF can be selected according to different treatment functions/areas/customers.

One handle equals two, to save space and cost for customers.

Applications:

- Muscle Building, Fat Burning, Body Slimming, Butt Lifting. 16% average increase in muscle thickness after 4 weeks.

- Prevention and treatment of stress urinary incontinence.

- Promote postpartum recovery.

Exhibit Y











https://proofpointisolation.com/browser?url=https%3A%2F%2Fwww.instagram.com%2Fp%2FCoX4LiLu8Qe%2F March 22, 2023

Steme Kessler Safe Browsing https://www.instagram.com/p/CoX4LiLu8Qe/

Instagram

Home
Search
Explore
Reels
Messages
Notifications
Create
Profile

More

juvawave • Follow
Los Angeles, California

juvawave 🔥🦋 New Revolutionary FDA Approved EMSMART EMSCULPT HIFEM EMS Muscle Building + RF Fat Burning Machine. 2 proven technologies in one state of the art machine! ➡️ Find out more about this amazing technology on our website www.juvawave.com and get the buff body you dream about today. #muscle #emsculpt #derm #plasticsurgery #fat #gym #bodybuilding #medspa #workout #strength #abs #massage #instagram #health
6w

gym.www19 Send pic @workouts_lovers
6w Reply

5 likes
FEBRUARY 7

Add a comment... Post

More posts from juvawave

Meta About Blog Jobs Help API Privacy Terms Top Accounts Locations Instagram Lite Contact Uploading & Non-Users Meta Verified

English © 2023 Instagram from Meta

https://www.instagram.com/p/CoX4LiLol0o/





**juvawave** • Follow
Los Angeles, California

**juvawave** 👙🏆 New Revolutionary FDA Approved EMSMART EMSCULPT HIFEM EMS Muscle Building + RF Fat Burning Machine. 2 proven technologies in one state of the art machine! 🔥 Find out more about this amazing technology on our website www.juvawave.com and get the buff body you dream about today. #muscle #emsculpt #derm #plasticsurgery #fat #gym #bodybuilding #medspa #workout #strength #abs #massage #instagram #health

6w

**gym.www19** Send pic @workouts_lovers

6w    Reply

5 likes

FEBRUARY 7

Add a comment...                    Post

More posts from juvawave





Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Locations   Instagram Lite   Contact Uploading & Non-Users   Meta Verified

English ⌄   © 2023 Instagram from Meta

# Exhibit Z



**Fred Misurella <misurellaf@btlnet.com>**

---

## FW: ❗ New EMSMART/EMSCULPT EMS PLUS Radio Frequency and CRM-Build Muscle Burn Fat

---

**Daniel Savarino** <doctorsav@hotmail.com>                    Tue, Mar 28, 2023 at 3:37 PM
To: Fred Misurella <misurellaf@btlnet.com>


Sent from my T-Mobile 4G LTE Device


-------- Original message --------
From: James <jvaughn72@gmail.com>
Date: 3/28/23 3:35 PM (GMT-05:00)
To:
Subject: ❗ New EMSMART/EMSCULPT EMS PLUS Radio Frequency and CRM-Build Muscle Burn Fat



# New FDA Approved Mobile EMSMART EMSCULPT HIFEM EMS Muscle Building + RF Fat Burning Machine. 2 proven Muscle Building and Fat Burning technologies in one state of the art machine. Differentiate your business and free up more of your time while gaining an early competitive advantage with a ground breaking new technology that your clients will be Wow'd with!



New Game Changing FDA approved EMSMART Android HIFEM EMS plus RF is the most comprehensive and latest advancement in muscle stimulation and fat reduction that combines both radiofrequency (fat burning) and high-intensity electromagnetic energies

(muscle building) in one mobile and powerful machine! Machine has the EMS Strength of 4 Tesla for non surgical Brazilian butt lift for any size booty and with no pain or downtime.

Non surgical Brazilian butt lift

8 pack abs

Arms and Legs

Post Baby Pelvic Floor muscle building

Pecs

Calves

can all be built and sculpted with EMSMART

A quick in and out 30 minute procedure for more clients per day. No pain, No downtime.



How Does EMSMART Work?

EMSMART's mechanism of action is based on an applicator ring simultaneously emitting  synchronized RF and HIFEM+ energies.

RF: Due to the radiofrequency heating, the muscle temperature quickly rises by several degrees. This prepares muscles for exposure to stress, similar to what a warm up activity does before any workout.

In less than 4 minutes, the temperature in subcutaneous fat reaches levels that cause apoptosis, i.e. fat cells are permanently damaged and slowly removed from the body.

Clinical studies showed on average a 30% reduction in subcutaneous fat. The RF treatment area reaches 15*15cm2. Compared with the equipment of other companies, the RF treatment area is larger.



A non surgical alternative to Brazilan Butt Lift with no pain or downtime!

About FDA Approved EMSMART:

HIFEM: Bypassing the brain limitations, HIFEM+ energy contracts the muscle fibers in the area at intensities that are not achievable during a manual workout.

## Interface



**❶** Renting system,to be controlled by phone, very convenient;
**❷** Whether the host communicates with the screen;
**❸** Both channels can work simultaneously;
**❹** Treatment of parts:  Arms / Abdomen / Hip/ Thigh/Calf;
**❺** Single EMS/RF or EMS+RF optional;
**❻** Real-time display and monitoring of temperature of power supply, IGBT, RF Power Supply, Handles;
**❼** Energy/Frequency/Time can be adjusted accurately;

A State of the Art and Feature Rich Cosmetic System:

## Body handle advantages

To avoid movement and falling off during treatment, there are 4 specially designed lengths' connection for the body handles, which can be selected according to the treatment sites and the treatment customers.



With 4 various sized patented anti slip applicator rings, the user can securely fix the handle on the treatment area to prevent slippage and make for a more comfortable experience compared to older machines which vibrate and move

when treatment begins.



Intelligent Android Operating System:

Auto mode and six additional treatment modes allows the EMSMART user to tailor the treatment program for each clients body and areas like Abs, Butt or Arms.

For experienced operators, energy, frequency and time can be adjusted according to the clients BMI to meet more requirements.

To avoid movement and falling off during treatment, there are 4 specially designed lengths for the body handles, which can be selected according to the treatment sites and the treatments for each customer.

Limb Handle Advantages:

The limb handle has dual output functions of RF and EMS. Either single EMS/RF or EMS+RF can be selected according to different treatment functions/areas/customers.

One handle equals two, to save space and cost for customers.

Applications:

- Muscle Building, Fat Burning, Body Slimming, Butt Lifting. 16% average increase in muscle thickness after 4 weeks.

- Prevention and treatment of stress urinary incontinence.

- Promote postpartum recovery.

- Increased vaginal wall thickness and lubrication after menopause

# Internet

Clients can enjoy music, movies, games, and other entertainment activities during the treatment.



Features:

- Wireless enabled State of the Art Graphic User Interface is easily controlled by your android or smartphone phone.

- Treatment of parts: Arms / Abdomen / Hip/ Thigh/Calf; Single EMS/RF or EMS+RF

- Real-time display and monitoring of temperature of power supply, IGBT, RF Power Supply, Handles; Energy/

- Frequency/Time can be adjusted accurately based on treatment



State of the Art Graphic User Interface with New Smart Clinic Android Software:

HI-BODY MAX2+/HI-BODY MAX1+/HI-BOD PRO2+/HI-BODY PRO1+ Smart Clinic Software gives you Internet access, storage and intelligent information processing all at your fingertips.

In the digital age, smart clinics need smarter machines. Smart Clinic is a multi-faceted SAAS solution that provides a complete picture of your business; whether it is a single clinic or franchise.

Smart Clinical Data Center:

A state of the art 13.3-inch Android system guides you through each treatment. Intelligent selection based on the body parts to generate accurate parameters and treatment time. Choose Single EMS/RF or EMS+RF.

**Before**     **After**





Body Composition Analyzer + CRM

The Bluetooth Enabled Body Composition Analyzer connected can record and analyze and record key metrics of before and after the program, like weight, muscle, BMI index, obesity levels, water weight, bone density and more.



Store and retrieve your clients treatment records to track their progress and get easy access to their profile.

At the same time, this can not only see the treatment results more intuitively, but also give specific treatment suggestions according to the client's body fat rate, leaving the client to have a better overall experience.



The state of the art Android system EMS can be intelligently connected to the body fat analyzer, which can help customers see the changes of fat and muscle content in their body after a whole treatment cycle, and present perfect treatment results to customers in the form of data.

Android system: the machine can connect to the network, Bluetooth, music,etc.The treatment information of all customers can be shared, uploaded and downloaded through Bluetooth and USB. Android system can also allow the user to access the system remotely to update the operation interface and other information, etc

Treatment Program: For ideal results patients should have six 30-minute sessions over the course of 3 weeks spaced every 2-3 days, then two sessions 6-8 weeks later.

Charging for Program: Since your offering Body Composition plus EMS and RF you should be charging $1000 or more per session.

We offer a zero interest in house payment plan where you can get the EMSMART machine for 25% down and balance paid over 18 months with no pre payment penalties.

Contact me today with any questions and to get started. Weight loss and muscle building are super popular this time of the year and through the warm weather seasons.

***If you want an early competitive advantage and retain more clients and bring in more Cash flow this year, EMSMART is it.

See complete description on our website

https://juvawave.com/products/new-emsmart-ems-muscle-building-fat-reduction-machine-with-rf-and-body-composition-analyzer?_pos=1&_psq=em&_ss=e&_v=1.0
Contact me today to get started.
James Vaughn

Juvawave

516-458-4263

www.juvawave.com

Exhibit AA



# FDA Cleared For 5 Body Parts

Seeing is believing. Click on the desired body area to view the results.

    

What brought you to our site today?

**BEFORE**                    **AFTER**



BTL EMSCULPT TREATMENT
Photos courtesy of: Raminder Saluja, M.D.

# FDA Cleared For 5 Body Parts

Seeing is believing. Click on the desired body area to view the results



**BEFORE**                    **AFTER**



EMSCULPT TREATMENT
4 WEEKS AFTER THE 4th TREATMENT, COURTESY OF RAMINDER SALUJA, M.D.            4 WEEKS AF

3/28/23, 7:34 PM
Case 1:23-cv-00359-CFC   Document 1-3   Filed 03/29/23   Page 61 of 70 PageID #: 497
Emsculpt – Build Muscle and Sculpt Your Body
Patient results and experiences may vary.

In Search Of Strength Or More Muscle?

**Regardless of age, muscles** are vital to your overall  health. Muscles comprise 35% of your body and allow for movement, balance, physical strength, organ function, skin integrity, immunity and wound healing.*

FIND A PROVIDER





T                                                                    Find a Provider        US

EMSCULPT is the first aesthetic device to build muscle and sculpt your body. Through high-intensity electromagnetic therapy, one can firm and tone their muscles, resulting in a sculpted look. The Emsculpt procedure is currently FDA cleared to treat your abdomen, buttocks, arms, calves, and thighs. A great non-surgical alternative to the Brazilian butt lift.



EMSCULPT: SUPRAMAXIMAL MUSCLE CONTRACTIONS

# How Does EMSCULPT work?

EMSCULPT is based on high-intensity focused electromagnetic energy. A single EMSCULPT session feels like thousands of powerful muscle contractions which are extremely important in improving the tone and strength of your muscles.

These powerful induced muscle contractions not achievable through voluntary contractions. The muscle tissue is forced to adapt to such extreme condition. It responds with a deep remodeling of its inner structure that results in **muscle building and sculpting your body**.*

# The Sculpting Essentials

# Large Applicator



BUILD MUSCLES AND SCULPT YOUR BODY

Time and proper form are key to building muscle and strength. Due  to  design and functionality, the Emsculpt large applicators are not dependent upon your form. Lay

there and benefit from thousands of muscle contractions
inducing muscle hypertrophy and hyperplasia.

# Small Applicator



## BECAUSE NOT ALL MUSCLES ARE CREATED EQUAL

Trainers and bodybuilders ranked the hardest muscles to
build and tone and arms and calves ranked number 6 and 1
respectively. The Emsculpt small applicators properly
activate your muscles motor neurons by delivering 20k
contractions and ensure proper form and technique to
strengthen, build and tone muscles.

# Chair Applicator



FORM MEETS FUNCTION FOR THE ULTIMATE
WELLNESS SOLUTION

CORE TO FLOOR therapy utilizes two HIFEM therapies to
strengthen, firm and tone the abdomen and pelvic floor
muscles. The result is increased muscle hypertrophy and
hyperplasia and restoration of neomuscular control which
can improve strength, balance, and posture, as well as
potentially alleviate back discomfort.

# Science is the Reason why People are Saying YES to EMSCULPT

Efficacy and safety have been tested in many multicenter studies using the most reputable scientific methods
(MRI, CT, US and Histology)*

## 16%

Average increase in
muscle mass*

## 96%

Average Patient
Satisfaction*

# Real Patients | Real Confidence





# Frequently Asked Questions

+ ▶ **What is body sculpting?**

+ ▶ **Who can benefit from the EMSCULPT body sculpting treatment?**

+ ▶ **What body areas can be treated with EMSCULPT?**

+ ▶ **How long does an EMSCULPT treatment last?**

+ ▶ **What does an EMSCULPT treatment feel like?**

Show More

### In Search Of Strength Or More Muscle?

**Regardless of age, muscles** are vital to your overall health. Muscles comprise 35% of your body and allow for movement, balance, physical strength, organ function, skin integrity, immunity and wound healing.

# FIND A PROVIDER



   

Solutions                                    Media

Events                                       Body Boutique

#LetsGetReal                                 #EmsculptWeek

About                                        Contact

**Important Information:**

Your results may vary. If you experience uncomfortable pain at the site of application during treatment, immediately discontinue the treatment and speak with your treatment provider. Treatment should not be applied if you have electronic or metal implants. As with any medical procedure, ask your doctor if the EMSCULPT® procedure is right for you. EMSCULPT® is indicated to be used for improvement of abdominal tone, strengthening of the abdominal muscles, development of firmer abdomen; strengthening, toning, and firming of buttocks, thighs, and calves; and improvement of muscle tone and firmness, for strengthening muscles in arms. ©2022 BTL Industries, Inc.and affiliated companies. All rights reserved. BTL®, EM®, and EMSCULPT® are registered trademarks in the United States of America, the European Union, and/or other countries. The products, the methods of manufacture, or the use may be subject to one or more U.S. or foreign patents or pending applications, see www.btlnet.com/patents. Trademarks EMBODY, EMFACE, EMFEMME 360, EMSCULPT, EMSCULPT NEO, EMSELLA, and EMTONE are associated with the EM® family of products and services.

* Data on file

© 2023 BTL INDUSTRIES Inc.  |  info@btlnet.com  |  Terms of use  |  Privacy Statement

# Exhibit BB

https://juvawave.com/blogs/news/introduction-to-the-science-behind-electromagnetic-fields
March 29, 2023

Home    Products    What is Red Light Therapy?    Information    Blog    Contact

# Introduction to the Science Behind Electromagnetic Fields

by James Vaughn          December 3, 2022

Electromagnetic energy in nature is the foundation of life. Without an electromagnetic exchange between cells, nothing happens in the body. EKG and EEG tests, which measure the electromagnetic activity of the heart and brain, can monitor the health conditions of the human body. If electromagnetic activity ceases, life also ceases. In this blog, I will introduce you to the electromagnetic field and its therapeutic actions in the body.

What is an Electromagnetic Field?

First, we need to have a basic understanding of magnetic fields. Magnetic fields can be either static or pulsed.

A static magnetic field, usually produced by static magnets, is one in which no variation in the flux density or intensity can be found over time. Holding two magnets in your hands and forcing them together, you can feel a force between them. The force you experience is the static magnetic field. For therapeutic purpose, static magnets are often used in bracelets, shoe inserts, necklaces and mats to subtly influence the tissues that come within the static magnetic field.

In time-varying or pulsed magnetic fields, the field intensity changes at one or more frequencies, usually greater than one cycle per second (or 1 Hertz). A changing magnetic field can generate an electric field. This is the basis of many electrical generators and motors. Similarly, a changing electric field can also generate a magnetic field. The two fields are related to each other. Thus the term electromagnetic field. Actually, electric fields and time-varying magnetic fields always exist in tandem – one cannot exist without the other. An electromagnetic field, then, can be regarded as the combination of an electric field and a magnetic field.

How Does Electromagnetic Field Facilitate Cell Functions of Human Body?

The magnetic field can affect the behavior of any other charged objects in the field, including human, animal, and plant cells. Our bodies are fundamental electric. Every heartbeat generates electromagnetic waves which stimulate tissues at a cellular level. External magnetic fields and the body's native magnetic fields interact regularly. A magnetic field passing through our whole body has an electromagnetic effect on each of our 70 trillion cells.

1. Increase motion of ions and electrolytes

Electromagnetic fields can increase the motion of ions and electrolytes in the tissues and fluids in a living organism. This movement stimulates the tissues to rebalance and repair themselves wherever necessary.

Adenosine triphosphate (or ATP) is a high-energy molecule which is considered by biologists to be the energy currency of all cell and body functions. ATP regulates body metabolism and sustains life itself by transporting chemical energy within our cells. With low ATP levels, our cells will become sick, with a decreased ability to heal, regenerate, or function properly. Through the increased motion of ions and electrolytes, electromagnetic fields can raise ATP levels and help cells increase their energy by up to 500%.

2. Affect the charge of the cell membrane

Electromagnetic fields can also affect the charge of the cell membrane, and open up the membrane channels. These channels are the doors and windows of our body cells. By opening the membrane channels, nutrients are able to enter the cells easily and quickly. Waste is more readily eliminated from the cells. In this way, electromagnetic fields can rebalance and restore optimum cell function.

Conclusion

Healthy and energetic cells can function more efficiently. Cells of the same type come together to make tissues, which come together to make organs. By improving cellular function, you can restore correct organ function, and allow the entire body to function better. This is also the working theory of electromagnetic field therapy. The electromagnetic field focuses on affecting and improving basic cellular functions in order to combat a variety of health conditions, and when possible, prevent cellular damage from happening in the first place.

PEMF is the application of therapeutic EMF, which is an abbreviation for Electromagnetic Fields. So, a better understanding of electromagnetic science means better use of PEMF.

The Groundbreaking Physio Magneto Super Transduction Magnetic Field Therapy Machine is the most advanced Magnetic Field Therapy Technology available today. See complete description here

https://juvawave.com/products/new-physio-magneto-pmst-physiotherapy-system-for-muscle-and-bone-rehabilitation-and-regeneration

SHARE          TWEET          PIN IT

## Leave a comment

Name                                                      Email



POST COMMENT

⟵ BACK TO BLOG

Search          Privacy Policy          Terms of Service          Refund Policy

Sign up for the latest sales, promotions and product releases

Email address                                              SUBSCRIBE

United States (USD $)

© 2023, Juvawave Powered by Shopify